UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICOLE WADE, AMY DISALVATORE, )<br>and DYLAN BARKASY )<br>Plaintiffs )<br> )<br>v. )<br> )<br>UNIVERSITY OF CONNECTICUT )<br>BOARD OF TRUSTEES )<br>**Defendant**            ) | CIVIL ACTION NO. |

**EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, Nicole Wade, Amy DiSalvatore and Dylan Barkasy hereby move, in accordance with Fed. R. Civ. P. 65 and Local Rule 7(a)(4)/(6), for an expedited preliminary injunction against the defendant, University of Connecticut Board of Trustees' mandate that University of Connecticut students take a COVID-19 vaccine. Plaintiff makes this request on the ground that the mandate is unconstitutional on its face, that it is vague and arbitrary and subjects plaintiffs to various sanctions, and that it violates both their procedural and substantive rights to due process, among other claims outlined in plaintiffs' verified complaint.

The pressing need for injunctive relief is supported by the imminent harm that the plaintiffs would suffer in the loss of their bodily autonomy, liberty and due process rights. Most pressing is that fall semester at the University begins on August 30, 2021, the need for injunctive relief is immediate and justifies this request to expedite.

**ORAL ARGUMENT REQUESTED**

                                        Plaintiffs, by their attorney,

                                          /s/ Ryan P. McLane
                                        Ryan P. McLane, Esq. (Juris: 438176)
                                        McLane & McLane, LLC
                                        269 South Westfield Street
                                        Feeding Hills, MA 01030
                                        Ph. (413) 789-7771
                                        Fax (413) 789-7731
                                        E-mail: ryan@mclanelaw.com


**CERTIFICATE OF SERVICE AND COMPLIANCE**

I certify that on this 6th day of July, 2021, I caused the foregoing to be served in this matter by electronic mail to:


**UNIVERSITY OF CONNECTICUT**
**BOARD OF TRUSTEES**
352 Mansfield Road, Unit 1048
Storrs, Connecticut 06269-1048
Email: boardoftrustees@uconn.edu

**NICOLE FOURNIER GELSTON, ESQ.**
General Counsel
343 Mansfield Road, Init 1177
Storrs, CT 06269
nicole.gelston@uconn.edu
generalcounsel@uconn.edu

                                          /s/ Ryan P. McLane
                                        Ryan P. McLane, Esq. (Juris: 438176)


**ORAL ARGUMENT REQUESTED**