IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE WADE ET AL., | : | No. 3:21-cv-00924-JAM |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| BOARD OF TRUSTEES, | : | |
| *Defendant*. | : | JULY 30, 2021 |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. Rule 12 (b) (1), the Defendant, the University of Connecticut Board of Trustees ("UConn"), respectfully moves to dismiss the Plaintiffs' Complaint in its entirety for lack of subject matter jurisdiction. As set forth in the attached memorandum of law, this lawsuit is barred by the Eleventh Amendment, and all three Plaintiffs lack standing to challenge UConn's COVID-19 vaccination policies.

Accordingly, UConn respectfully requests that the Complaint be dismissed.

    DEFENDANT,
    UNIVERSITY OF CONNECTICUT
    BOARD OF TRUSTEES

    WILLIAM TONG
    ATTORNEY GENERAL

    BY: /s/ Timothy J. Holzman
    Timothy J. Holzman (ct30420)
    Mary Lenehan (ct15436)
    Assistant Attorneys General
    Office of the Attorney General
    165 Capitol Avenue
    Hartford, CT 06106
    Tel.: (860) 808-5210
    Fax: (860) 808-5385
    Timothy.Holzman@ct.gov
    Mary.Lenehan@ct.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on July 30, 2021, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              */s/ Timothy J. Holzman*
                                              Assistant Attorney General