**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

NICOLE WADE, AMY DISALVATORE,  :
DYLAN BARKASY                             :          CIVIL ACTION NO.  3:21-CV-924(JAM)
                                                       :
   *Plaintiffs,*                                  :
                                                       :
       v.                                            :
                                                       :
UNIVERSITY OF CONNECTICUT       :
BOARD OF TRUSTEES                    :
   *Defendant*                                 :          JULY 29, 2021

**DECLARATION OF ELEANOR DAUGHERTY**

I, Eleanor JB Daugherty, EdD, hereby declare as follows:

1.      I am the Dean of Students and Associate Vice President of Student Affairs at the

University of Connecticut ("UConn"), and have served in that capacity since August 1, 2014.  In

this capacity, I am responsible for student health and wellbeing, residential life, conduct, and

crisis management.  I have also served on UConn's Executive Policy Group since the COVID-19

health emergency was announced in March, 2020, where I specifically advised and developed

mitigation and operational plans for student life.  I have also reviewed the allegations in the

Plaintiff's Complaint (Doc. 1) and Motion for Preliminary Injunction.  (Doc. 2)

2.      I have compiled the information in the statements below are based on my personal

knowledge, including but not limited to documents that I have reviewed.

3.      In order to combat the spread of COVID-19 on UConn's campuses, UConn's Board

of Trustees approved a policy on June 4, 2021 ("Policy"), requiring students to be vaccinated

before returning to campus in August, 2021.  A true and accurate copy of the Policy is attached

-1-

hereto as Exhibit A.  The Policy is also accessible at: https://policy.uconn.edu/2021/06/04/covid-19-immunization-record-requirement-for-students/.

     4.     The Policy provides that all UConn students who attend any on-campus activity must either submit proof to UConn that they have been fully vaccinated against COVID-19, or obtain an exemption.

     5.     The Policy permits both medical and non-medical exemptions.  To request an exemption, students must fill out the appropriate form and submit it online through the Student Health and Wellness ("SHaW") portal.  The Policy explains the process for obtaining exemptions and provides hyperlinks for students to easily access the medical and non-medical exemption request forms.

     6.     Requests for medical exemptions are reviewed and approved by medical providers at SHaW.  A signed statement indicating a specific medical contraindication from the student's medical provider is required to obtain a medical exemption.  As of July 22, 2021, 55 students have submitted requests for medical exemptions.

     7.     I am responsible for reviewing the requests for non-medical exemptions.  I review each student's exemption request form to determine:  (a) whether the student is enrolled; (b) whether the student will be living on-campus in a residence hall; (c) whether the student genuinely wants or needs an exemption (e.g., an international student mistakenly believes that because he/she has not yet been vaccinated he/she must request an exemption—UConn would vaccinate such students upon arrival on campus so no exemption would be necessary); and (d) the potential impact on the health and safety of the requesting student's campus cohort, such as his/her residence hall.

8.    Any non-medical exemption requests submitted after the deadline are reviewed on a case-by-case basis.

9.    As of July 23, 2021, I have received 771 requests for non-medical exemptions. I have granted 504 of them. I have not yet granted or denied the remaining requests—they remain pending.

10.    Plaintiff Nicole Wade has not submitted a request for a medical or non-medical exemption, nor has she submitted proof of vaccination.

11.    Plaintiff Amy DiSalvatore requested a non-medical exemption for her minor son, an incoming freshman student, on June 15, 2021. I granted Ms. DiSalvatore's exemption request, and notified her of that fact on July 23, 2021. True and accurate copies of the request and notification are attached hereto as Exhibit B.

12.    Plaintiff Dylan Barkasy requested a non-medical exemption on July 5, 2021. I granted Mr. Barkasy's exemption request, and notified him of that fact on July 23, 2015. True and accurate copies of the request and notification are attached hereto as Exhibit C.

Pursuant to 28 U.S.C. § 1746, I, Eleanor JB Daugherty, state under penalty of perjury that the foregoing declaration is true and accurate to the best of my knowledge, information and belief.

Executed: July 29, 2021

Eleanor Daugherty, EdD
Associate Vice President and Dean of Students
University of Connecticut

-3-

# CONNECTICUT NOTARY ACKNOWLEDGMENT

State of Connecticut

County of _Tolland_          ss. _Storrs_ (Town/City)

On this the _29_ day of _July_, 20_21_, before me, _Mary Boston_ (name of notary), the undersigned officer, personally appeared _Eleanor Daugherty_ (name of individual or individuals), known to me (or satisfactorily proven) to be the person(s) whose name(s) _is_ (is or are) subscribed to the within instrument and acknowledged that _she_ (he, she or they) executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand.

_Mary Boston_

(Signature of Notary Public)

MARY BOSTON
NOTARY PUBLIC
MY COMMISSION EXPIRES:
MAY 31, 2023

Date Commission Expires: _____

_Mary Boston_

(Printed Name of Notary)