# EXHIBIT A

# UCONN

## Policies & Procedures

## COVID-19 Immunization Record Requirement for Students

| | |
|---|---|
| **Title:** | COVID-19 Immunization Record Requirement for Students |
| **Policy Owner:** | Division of Student Affairs |
| **Applies to:** | All University Students on any UConn Campus |
| **Campus Applicability:** | All UConn campuses |
| **Effective Date:** | June 4, 2021 |
| **For More Information, Contact** | Student Health and Wellness Services (SHaW) |
| **Contact Information:** | https://studenthealth.uconn.edu/ |
| **Official Website:** | https://uconn.edu/ |

**PURPOSE**

To promote the health and safety of the University community and to reduce the risk of transmission of COVID-19 among University students, consistent with federal, state and local efforts to minimize outbreaks of COVID-19.

**APPLIES TO**

All University students at the Storrs and regional campuses who participate in any on- campus activities in person for any reason.

**POLICY STATEMENT**

All UConn students are required to be fully vaccinated against COVID-19.  Students are required to report vaccination compliance to the University.

International students shall be considered in compliance with the COVID-19 vaccine requirement if they have been vaccinated with a COVID-19 vaccine that has either been authorized for use in the United States by the Food and Drug Administration (FDA) or been authorized for use outside of the United States by the World Health Organization (WHO).  International students must  present proof of vaccination  in the form of a copy of the WHO Certificate of Vaccination (WHO Vaccine Booklet) or documentation to include a statement signed by a healthcare provider/organization authorized to administer the vaccination attesting to the dates and

name of COVID-19 vaccination given.  All documentation must be submitted in English or accompanied by a certified translation at the student's expense. International students who have received COVID-19 vaccines not authorized by the FDA or WHO will be managed on a case-by-case basis.

Students who receive an exemption from the COVID-19 vaccination requirement or who are not fully vaccinated prior to the beginning of the Fall 2021 semester will be required to comply with preventative measures as deemed necessary by the University.  Such measures may include, but not be limited to, a period of modified quarantine, surveillance testing, and mask-wearing.

Exemptions from this policy will be permitted under certain circumstances. To request an exemption, a student must complete the form found here for medical exemptions and here for non-medical exemptions.

The University is authorized to enact rules and/or procedures necessary to effectuate this policy.

**ENFORCEMENT**

Failure to comply with this policy may result in loss of privileges and/or sanctions.

This policy and any attendant procedures and/or rules may be amended as necessary based on factors such as the progress of the COVID-19 pandemic and guidance from governmental authorities.

**POLICY HISTORY**

Policy created:  06/04/2021 (Approved by the Board of Trustees)

This entry was posted in Academic and Student Life, Office of the VP for Student Affairs, Rules, Students.

← Previous

# Frequently Viewed

By-Laws of the University of Connecticut

By-Laws, Rules and Regulations of the University Senate

Information Security Policy Manual

Policy Against Discrimination, Harassment and Related Interpersonal Violence

# Reportline

The University welcomes and encourages good-faith reporting of compliance concerns and/or seeking advice regarding compliance issues. Visit https://compliance.uconn.edu/reporting-concerns/reporting-overview/ for more information.

© University of Connecticut    Disclaimers, Privacy & Copyright    Accessibility    Webmaster Login