# EXHIBIT C

Dylan Barkasy

University of Connecticut
Student Health and Wellness
Hilda May Williams Building
234 Glenbrook Road, Unit 4011
Storrs, CT 06269-4011

**RE: COVID-19 Vaccine Exemption Request – Dylan Barkasy (2871490)**         July 3, 2021

To whom it may concern,

My name is Dylan Barkasy, and I will be a sophomore at UConn this upcoming fall semester. I am appreciative and grateful for all the experiences and opportunities UConn has given me. I am asking respectfully for an exemption from the University of Connecticut's COVID-19 requirement for the 2021-2022 school year.

My objections include:

- If I were to have a severe reaction/debilitation/death my family or I would have no legal or financial recourse against the vaccine manufacturer.
- The vaccine has only been approved for Emergency Use Authorization and hasn't gone through the rigorous testing and clinical trials required to receive FDA approval.
- The side effects/risks of the COVID-19 vaccine are still ongoing and not fully known at this time.
- There have been many cases particularly among young men, of Myocarditis as well as Pericarditis which make me very apprehensive due to my medical history which includes:
    - numerous environmental and contact allergies
    - Vocal Cord Dysfunction (which from time to time has affected me pretty dramatically, similar to a severe asthma attack)
- I am also concerned about my family's medical history and its relation to the some of the vaccine's **known** side effects. Some of my family's health history includes:
    - enlarged heart
    - deep vein thrombosis

I am unwilling to risk my health knowing that some of the side effects (reported by VAERS – Vaccine Adverse Event Reporting System) may include symptoms/conditions that my family has a history of.

It is for these reasons that I am requesting to be exempt from the University of Connecticut's COVID-19 Vaccine Mandate. Thank you for your consideration of my concerns and please feel free to reach out, if necessary.

Kindest Regards,

*Dylan Barkasy*

Dylan Barkasy



**From:** DOS - Dean of Students
**Sent:** Friday, July 23, 2021 5:15 PM
**To:** Barkasy, Dylan <dylan.barkasy@uconn.edu>
**Subject:** Non-Medical COVID-19 Vaccination Exemption


Dear Dylan Barkasy:

You have been granted a non-medical COVID-19 vaccination exemption.

Individuals who are not fully vaccinated against the SARS-CoV-2 virus are at increased risk of contracting and transmitting COVID-19. The following preventive measures are required to reduce this risk:

Residential Students
- Pre-arrival testing 3 -5 days prior to arrival on campus (student responsibility)
  - Upload your test results at myhealth.uconn.edu.
- Arrival testing.  Information will be provided in a separate communication from SHAW.
- [Modified quarantine](#) for 7 days after arrival on campus with repeat testing on day 5-7
- Wearing masks or face coverings in all indoor settings
- Surveillance testing weekly.  Information will be provided in a separate communication from SHAW.
- Medical quarantine after contact with a suspected or confirmed case of COVID-19
- Isolation for presumed or confirmed cases of COVID-19

Non-Residential Students
- Pre-arrival testing 3-5 days prior to arrival on campus (student responsibility)
- [Modified quarantine](#) for the first 7 days of your on campus presence with repeat testing recommended on day 5-7

- Wearing masks or face coverings in all indoor settings
- Surveillance testing.  Information will be provided in a separate communication from SHAW.
- Medical quarantine after contact with a suspected or confirmed case of COVID-19
- Isolation for presumed or confirmed cases of COVID-19

In the case of an outbreak of COVID-19 on any of our campuses, individuals who are not vaccinated against the SARS-CoV-2 virus may be excluded from the affected campus until the outbreak is declared over.

These preventive measures are necessary to protect individuals who are unvaccinated and the larger UConn community.

Sincerely,



Eleanor JB Daugherty, Ed.D.
Associate VP for Student Affairs & Dean of Students