UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICOLE WADE, AMY DISALVATORE, ) <br> and DYLAN BARKASY ) <br> **Plaintiffs** ) <br> ) <br> v. ) <br> ) <br> UNIVERSITY OF CONNECTICUT ) <br> BOARD OF TRUSTEES and ) <br> ANDREW AGWUNOBI, ) <br> **Defendants** ) | NO.  3:21-cv-924-JAM |

**AMENDED EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, Nicole Wade, Amy DiSalvatore and Dylan Barkasy, hereby move in accordance with Fed. R. Civ. P. 65 and Local Rule 7(a)(4) and 7(a)(6), for an expedited preliminary injunction against the additional defendant named in their lawsuit, Andrew Agwunobi's, enforcement of the University of Connecticut's vaccine mandate outlined in plaintiffs' Complaint and First Amended Complaint. Plaintiffs further rely on the same arguments in their memorandum of law in support of their motion, as the claims and argument regarding Agwunobi's enforcement of the policy are the same as against the Board of Trustees.

Plaintiffs amended their complaint under Fed. R. Civ. P. 15 (a) to include defendant Agwunobi, after the defendant Board of Trustees raised issues of jurisdiction and standing. All claims against the Board of Trustees were asserted against Agwunobi for his continued enactment and enforcement of the unlawful policy in his official capacity, in conjunction with the Board of Trustees.

Plaintiffs further propose that this preliminary injunction hearing be joined with the currently scheduled preliminary injunction hearing scheduled for August 12, 2021. As reasons therefore;

1. Plaintiffs' have not amended their claims, but rather joined an additional party (defendant Agwunobi) in his official capacity regarding his enforcement of the policy, under the same substantive claims;

2. All of plaintiffs' claims and argument as to the merits of the policy apply the same to the continued enforcement of the policy by defendant Agwunobi;

3. Plaintiffs' Counsel has been in contact with the Attorney General's Office, who have been emailed a copy of the First Amended Complaint while plaintiffs serve it upon defendant Agwunobi, therefore there will be no prejudice with respect to service or delay; and

4. Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction and accompanying memorandum, save the issue of standing and jurisdiction, would apply equally to the Amended Motion for Preliminary Injunction, as the claims and defenses are the same.

Plaintiffs therefore request This Court join this Amended Motion for Preliminary Injunction for hearing on the August 12, 2021 date originally scheduled prior to the addition of defendant Agwunobi.

                                                Plaintiffs, by their attorney,

                                                /s/ Ryan P. McLane
                                                Ryan P. McLane, Esq. (Juris: 438176)

          McLane & McLane, LLC
          269 South Westfield Street
          Feeding Hills, MA 01030
          Ph. (413) 789-7771
          Fax (413) 789-7731
          E-mail: ryan@mclanelaw.com

### **CERTIFICATE OF SERVICE AND COMPLIANCE**

I certify that on this 7th day of August 2021, I caused the foregoing to be served in this matter by electronic mail to:

    **Mary Lenehan, Esq.**
    Assistant Attorney General
    165 Capitol Ave
    Hartford, CT 06106
    Mary.lenehan@ct.gov

         /s/ Ryan P. McLane
        Ryan P. McLane, Esq. (BBO: 697464)