UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NICOLE WADE, AMY DISALVATORE, )
and DYLAN BARKASY )
Plaintiffs )
)
v. )
) CIVIL ACTION NO.
)
UNIVERSITY OF CONNECTICUT )
BOARD OF TRUSTEES )
Defendant )

## DECLARATION OF NICOLE WADE

In accordance with 28 U.S.C. § 1746, I, Nicole Wade, declare under the penalty of perjury of the laws of the United States of America, and state upon personal knowledge that:

1. I am a resident of Connecticut, currently residing in New Hartford.
2. I am an undergraduate sophomore transfer student, accepted into UConn's Allied Health Sciences department.
3. I did not apply for any exemptions, as I do not qualify for a medical exemption and there was a lack of any specific clarity as to the policy surrounding nonmedical exemption approvals and what any approval would mean not only for the Fall 2021 semester, but future semesters at UConn.
4. I am willing to testify at the August 12, 2021 hearing if need be.

_____      _____08/01/21_____
Nicole Wade                                                    Date