IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE WADE ET AL., | : | No. 3:21-cv-00924-JAM |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| BOARD OF TRUSTEES, ET AL. | : | |
| *Defendants*. | : | AUGUST 11, 2021 |

### SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO PRECLUDE EXPERT EVIDENCE

The Defendants, the University of Connecticut Board of Trustees and President Andrew Agwunobi (collectively, "UConn"), in further support of their motion to preclude Dr. peter McCullough's expert affidavit (Doc. 24), alert the Court of the following.

After filing its motion to preclude, UConn learned that the motion for temporary restraining order filed against Dr. McCullough in the Texas lawsuit was not, in fact, set for hearing on August 10, but had already been granted on July 29, 2021.  A copy of the court's order is attached hereto.  The order requires Dr. McCullough, among other things, "not to claim any employment by or affiliation with" with Baylor School & White Health or its "relate entities in any . . . . statement . . . court filing, or other form . . . ."  This is just what Dr. McCullough did do in Paragraph 2 of the affidavit he signed on August 4, 2021, in this case.  A hearing on the plaintiffs' motion for preliminary injunction in the Texas lawsuit was set for August 10.  As of this filing, UConn is unaware of the outcome (if any) of that hearing.

Because Dr. McCullough's affidavit appears to have been filed in violation of the Texas order, it should not be considered.

1

        DEFENDANT,
        UNIVERSITY OF CONNECTICUT
        BOARD OF TRUSTEES

        WILLIAM TONG
        ATTORNEY GENERAL

        BY: /s/ Timothy J. Holzman
        Timothy J. Holzman (ct30420)
        Mary Lenehan (ct15436)
        Assistant Attorneys General
        Office of the Attorney General
        165 Capitol Avenue
        Hartford, CT 06106
        Tel.: (860) 808-5210
        Fax: (860) 808-5385
        Timothy.Holzman@ct.gov
        Mary.Lenehan@ct.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2021, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                              */s/ Tim Holzman*
                                                              Timothy J. Hozman
                                                              Assistant Attorney General

TEMPORARY RESTRAINING ORDER – Form 322

# THE STATE OF TEXAS

TO     **PETER A. MCCULLOUGH, M.D., 5231 RICHARD AVE., DALLAS TX 75206**

WHEREAS, in a certain suit pending in the District Court of the **191st District Court** of Texas, wherein **BAYLOR SCOTT & WHITE HEALTH AND HEALTHTEXAS PROVIDER NETWORK** Plaintiff (s) and **PETER A. MCCULLOUGH, MD** Defendant (s), and the said **BAYLOR SCOTT & WHITE HEALTH AND HEALTHTEXAS PROVIDER NETWORK** Prayed for and obtained from the Hon. **GENA SLAUGHTER** Judge of the **191st District Court**, his most gracious TEMPORARY RESTRAINING ORDER and the said having given bond, as required by the fiat of the judge of the **191st District Court**.

Now, therefore, you, the said **PETER A. MCCULLOUGH, M.D.** your Counselors, Solicitors, Attorneys, Agents, Servants and employees are hereby commanded to DESIST and REFRAIN from **SEE ATTACHED TRO** until further order of the District Court to be holden within and for the County of Dallas Judicial District of Texas at the Courthouse thereof, in the City of Dallas, at **1:30 PM ON THE 10TH DAY OF AUGUST, 2021**, when and where this writ is returnable.

HEREIN FAIL NOT, under the penalty of the law.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas County, Texas.
Given under my hand and the seal of said Court, at office in the City of Dallas, **ON THIS THE 30TH DAY OF JULY, 2021**.

Attest:        FELICIA PITRE
Clerk, District Courts, Dallas County, Texas.

By_____, Deputy
     **GAY LANE**



SHERIFF'S RETURN

Came to hand on the _____ day of _____ 20_____ at _____ o'clock _____ M., and executed the _____ day of _____ 20_____ at _____ o'clock _____ M., by delivering to _____
_____
_____
_____
the within named defendant _____ in person, a true copy of this writ.

_____
Sheriff_____ County, Texas.

By_____ Deputy

FEES:
Serving Copy    $_____
Mileage         $_____
       Total    $_____

**ESERVE**
═══════════════════════════════
No. **DC-21-09699**
═══════════════════════════════

**IN**

**191st District Court**
═══════════════════════════════

**BAYLOR SCOTT & WHITE HEALTHET AL**
**VS.**
**PETER A. MCCULLOUGH, MD**
═══════════════════════════════

Temporary Restraining Order
═══════════════════════════════
ISSUED
**ON THIS THE 30TH DAY OF JULY, 2021**

FELICIA PITRE
Clerk, District courts, Dallas County, Texas
By **GAY LANE**, Deputy
═══════════════════════════════

**JENNIFER S. RICHARDS**
**STANTON LLP**
**1717 MAIN STREET**
**SUITE 3800**
**DALLAS TX  75201**
**972-233-2300**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

CAUSE NO. DC-21-09699

| | | |
|---|---|---|
| BAYLOR SCOTT & WHITE HEALTH and HEALTHTEXAS PROVIDER NETWORK, | § § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| v. | § § § | DALLAS COUNTY, TEXAS |
| PETER A. MCCULLOUGH, M.D., | § § | |
| Defendant. | § | 191st JUDICIAL DISTRICT |

## TEMPORARY RESTRAINING ORDER

Before the Court is the Motion for Temporary Restraining Order filed by Plaintiffs Baylor Scott & White Health ("BSWH") and HealthTexas Provider Network ("HTPN"). After considering the Motion, the pleadings and evidence on file, and the arguments of counsel, the Court GRANTS this temporary restraining order against Defendant Peter A. McCullough, M.D., and finds and orders as follows:

The Court finds that 1) Plaintiffs have shown a likelihood of success on the merits of their breach of contract claim; 2) unless immediately enjoined, Defendant's conduct threatens Plaintiffs with probable, imminent, and irreparable harm; 3) any tangential harm Defendant may suffer if enjoined is outweighed by the irreparable harm Plaintiffs face if injunctive relief is not granted; and 4) the public interest will not be harmed.

Defendant Peter A. McCullough, M.D., is therefore ORDERED

1) not to claim any employment by or affiliation with Plaintiffs or their related entities in any interview, statement, media appearance, online posting, biography, court filing, or other form; and

2) having prior knowledge of the program's, show's, interview's, or other media form's intention to, and then appearing on any program, show, interview, or other media form, that wrongly designates him as employed by or affiliated with Plaintiffs or their related entities.

These prohibitions shall apply to Defendant as well as his agents, servants, employees, and attorneys and upon anyone in active concert or participation with them who receives actual notice of this Order.

Plaintiffs shall post a bond of $500 for costs and damages, if any, should the Defendant later be found to have been wrongfully enjoined or restrained.

This Order is effective immediately and shall continue until further order of this Court or its expiration by operation of law in fourteen (14) days.

The Court hereby sets a hearing on Plaintiffs' Application for Temporary Injunction on August 10, 2021, at 1:30. The parties are ordered to appear in person before the Court or by other means in accordance with the District Courts' Emergency Standing Order and this Court's Covid-19 protocols.

SO ORDERED.

Signed this 29th day of July 2021 at _____ ~~p.m.~~

*[signature]*

HON. GENA SLAUGHTER

AGREED AS TO FORM ONLY:

s/ Jennifer S. Richards
Jennifer S. Richards
Plaintiffs' Attorney

s/ Clinton Mikel
Clinton Mikel
Defendant's Attorney for limited purpose as allowed by the Court
(Agreed as to form of #1 and #2 only)