## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE WADE, AMY DISALVATORE, | : | |
| DYLAN BARKASY | : | CIVIL ACTION NO.  3:21-CV-924(JAM) |
| | : | |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| BOARD OF TRUSTEES | : | |
| *Defendant* | : | AUGUST 11, 2021 |

## DECLARATION OF LYNN SOSA

### I.     Background

1.      I am over 18 years of age. This declaration is based upon my own personal and professional knowledge and experience.

2.      I am competent to testify as a medical expert to the facts and matters set forth herein. A true and accurate copy of my C.V. is attached hereto as **Appendix A**.

3.      I am currently the Deputy State Epidemiologist at the Connecticut Department of Public Health., (CT-DPH). I earned my B.S. from Loyola University Chicago and my M.D. from Harvard Medical School.

4.      I completed an internal medicine residency at Massachusetts General Hospital. I am Board certified in Internal Medicine by the American Board of Internal Medicine.

5.      I completed a fellowship with the Centers for Disease Control and Prevention Epidemic Intelligence Service from 2005-2007.

6.      Since the beginning of the pandemic, I have been responsible for oversight of COVID-19 surveillance activities for the CT-DPH and have provided subject matter expertise and technical assistance to a variety of stakeholders including, but not limited to, local health

departments, Connecticut Department of Education, Connecticut Department of Correction, local K-12 schools, and public and private colleges and universities.

7.      Recently I have co-authored two articles regarding COVID-19:  Wallace M, et al. *COVID-19 in correctional and detention facilities-United States*, February-April 2020.  MMWR Morb Mortal Wkly Rep 2020; 69: 587–90; and Havers FP, et al. *Seroprevalence of antibodies to SARS-CoV-2 in 10 sites in the United States*, March 23-May 12, 2020. JAMA Intern Med 2020. Online ahead of print. doi: 10.1001/jamainternmed.2020.4130.

## II.    Analysis

### A. COVID-19

8.      COVID-19 is an infectious disease caused by the novel coronavirus (SARS-CoV-2) that primarily spreads through respiratory droplets and aerosol transmission.

9.      People of all ages can contract and transmit COVID-19.

10.     People who catch COVID-19 may suffer from immediate severe illness and/or suffer long-term ongoing health problems, extending several weeks or months. Individuals infected with COVID-19 can suffer these long-term negative health effects even if they were initially asymptomatic. COVID-19 can also be fatal. Post-COVID Conditions: Information for Healthcare Providers (cdc.gov)

11.     Additionally, all individuals, including children, who contract COVID-19 risk giving it to others, including friends, family, and other individuals with whom they interact, who may suffer severe illness or death. While COVID-19 affects children and young adults less severely than middle aged or older adults, COVID-19 has also been shown to cause severe illness in children and young adults. Coronavirus (COVID-19) frequently asked questions | CDC

### B. Brief History of the Pandemic

12.     COVID-19 was first identified in Wuhan, China in late 2019.

13.     According to the CT-DPH, Connecticut's first case of COVID-19 was confirmed

on March 5, 2020, and Connecticut's first COVID-19-related death was reported on March 17,

2020.  *See* COVID-19 Daily Report | Connecticut Data

14.     Since March 1, 2020, Connecticut has had 359,638 confirmed COVID-19 cases

and over 8,297 deaths. *See* Daily Data Report for Connecticut, Connecticut COVID-19 Data

Tracker.  Cases among individuals aged 20 through 29 account for more COVID-19 cases than

any other age demographic. A small number of those individuals also have died from the virus.

15.     The CDC currently estimates that there have been approximately 35 million cases

of COVID-19 in the United States and over 600,000 people have died from COVID-19 in the

United States. *See* CDC, COVID Data Tracker, Nationwide Commercial Laboratory

Seroprevalence Survey, *https://covid.cdc.gov/covid-data-tracker/#national-lab.*

16.     Nationwide, individuals aged 18-29 accounted for more than 20% of all

confirmed COVID-19 cases. CDC, CDC COVID Data Tracker

17.     The New York Times reports that over 700,000 cases of COVID-19 have been

linked to colleges and universities in the U.S. since the pandemic began and more than 260,000

COVID-19 cases have been linked to colleges and universities just since January 1, 2021.

*Tracking Coronavirus Cases at U.S. Colleges and Universities*, The New York Times,

*https://www.nytimes.com/interactive/2021/us/college-covid-tracker.html.*

18.     A growing number of colleges and universities in the United States are requiring

their students to be vaccinated against COVID-19 prior to the fall, 2021 semester.  The current

number is over 600.  See https://www.bestcolleges.com/blog/list-of-colleges-that-require-covid-

19-vaccine/.

### C. COVID-19 Vaccinations

19.     COVID-19 vaccination is the best strategy we have for ending the pandemic.

20.     Widespread COVID-19 vaccination is a critical tool in achieving population or "herd" immunity.

21.     The scientific community has not yet determined the percentage of people who need to be protected from COVID-19 to achieve herd immunity. In fact, because the virus continues to mutate, resulting in new variants, experts remain unsure whether achieving herd immunity from COVID-19 is truly possible.

22.     Consequently, vaccinating individuals on college and university campuses against COVID-19 currently is the leading prevention strategy to protect individuals from the virus and end the pandemic. CDC, *Guidance for [IHEs]*, *https://www.cdc.gov/coronavirus/2019-ncov/community/colleges-universities/index.html.*

23.     There are three COVID-19 vaccinations available in Connecticut at no cost: the Pfizer-BioNTech vaccine, the Moderna vaccine, and the Johnson & Johnson vaccine (collectively, "COVID-19 Vaccines"). *See* Understanding How COVID-19 Vaccines Work | CDC.

24.     As the CDC has indicated, each of the COVID-19 Vaccines has been proven safe and effective, and more than 346 million doses were given in the United States between December 14, 2020, and August 2, 2021. Ensuring COVID-19 Vaccines Work | CDC;  Safety of COVID-19 Vaccines | CDC.  The fact that the COVID-19 Vaccines are currently available under Emergency Use Authorization in no way undermines their safety or efficacy. Science Brief: COVID-19 Vaccines and Vaccination (cdc.gov)

25.     The COVID-19 Vaccines are extremely unlikely to cause serious side effects that could result in long-term health problems. CDC, *Safety of COVID-19 Vaccines*, *https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html*.

25.     The COVID-19 Vaccines help prevent the spread of COVID-19 and are effective against the COVID-19 variants that have been detected in Connecticut.  Science Brief: COVID-19 Vaccines and Vaccination (cdc.gov)

26.     Because it takes the human body time to build antibodies to COVID-19, individuals who receive a COVID-19 Vaccine are considered "fully vaccinated" two weeks after their second dose of a two-dose vaccine or two weeks after a one-dose vaccine.

27.     Fully vaccinated individuals are less likely to catch COVID-19 if exposed to it and less likely to spread it to others.

28.     The COVID-19 Vaccines provide a known level of protection to COVID-19 for a sustained period of time. Conversely, while individuals who have had COVID-19 might have some antibodies after their infection has passed that provide protection against COVID-19, the amount of protection that these individuals have against the virus varies from person-to-person and wanes over time. As these individuals' natural immunity decreases, their risk of contracting COVID-19 increases.  Reduced Risk of Reinfection with SARS-CoV-2 After COVID-19 Vaccination — Kentucky, May–June 2021 | MMWR (cdc.gov)

29.     Accordingly, the CDC and CT-DPH recommend that even individuals who have had COVID-19 receive one of the COVID-19 Vaccines because vaccination will provide these individuals with additional protection against the virus. *Frequently Asked Questions about COVID-19 Vaccination*, *https://www.cdc.gov/coronavirus/2019-ncov/vaccines/faq.html*. Interim Clinical Considerations for Use of COVID-19 Vaccines | CDC

30.     The CDC also recommends that children twelve and older receive one of the COVID-19 Vaccines as soon as possible because vaccinating minors helps to protect the minor, their families, and other individuals with whom they interact.

31.     While the CDC has advised that it has received reports of myocarditis and pericarditis in adolescents and young adults after COVID-19 vaccination, the CDC and CT-DPH still recommend that all individuals age 12 and older receive one of the COVID-19 Vaccines because the reports of myocarditis and pericarditis are rare and the benefits of COVID-19 vaccination still far outweigh the known and potential risks. In fact, COVID-19 itself presents the risk of myocarditis and pericarditis. CDC Children & Teens; CDC, *Myocarditis and Pericarditis Following mRNA COVID-19 Vaccination*, *https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/myocarditis.html*; What to Know about Myocarditis after COVID-19 vaccination (ct.gov)

32.     The American Academy of Pediatrics continues to recommend vaccination against COVID-19 despite rare occurrences of myocarditis. Health officials, AAP urge COVID-19 vaccination despite rare myocarditis cases | American Academy of Pediatrics (aappublications.org)

**D. Current COVID-19 Risks**

33.     The number of COVID-19 cases reported in the United States and in Connecticut has been increasing since June 2021.     COVID-19 Daily Report | Connecticut Data.

34.     Additionally, new variants of COVID-19 continue to develop and spread throughout the world. These variants spread more easily than the original strain of COVID-19 and can cause more severe infection. Both the CDC and CT-DPH are tracking the trend of increasing variants. SARS-CoV-2 Variant Classifications and Definitions (cdc.gov);

Connecticut SARS-CoV-2 variant surveillance – Report 2021-08-05 – CovidTracker (covidtrackerct.com)

35.     Connecticut monitors for variants of the SARS-CoV-2 virus. Since middle of June 2021, the majority of positive specimens sequenced from Connecticut residents have been identified as the Delta variant. COVID-19 Daily Report | Connecticut Data The Delta variant is the most infectious version of the SARS-CoV-2 virus, the virus that causes COVID-19, to date. Delta Variant: What We Know About the Science | CDC

36.     COVID-19 remains a particular threat to those who are unvaccinated.

37.     According to the CT-DPH, unvaccinated Connecticut residents are more likely to be infected with COVID-19, are more likely to be hospitalized and more likely to die from COVID-19 compared to fully vaccinated Connecticut residents. COVID-19 Update August 05, 2021 (ct.gov)

38.     In light of the guidance issued by the CDC and CT-DPH, as well as my education, training, experience, including my experience facilitating the state's response to COVID-19, it is my opinion to a reasonable degree of medical certainty that public health risks may be effectively avoided or mitigated in college communities through the widespread use of the COVID-19 Vaccines, and that a vaccine mandate is a safe and effective way to protect Connecticut residents.

**E.  Herd Immunity**

39.     COVID-19 case rates are increasing among Connecticut residents.  Connecticut COVID-19 Data Tracker.

40.     Connecticut has not reached herd immunity.

41.     The herd immunity threshold is still unknown for this virus.  In fact, many authors

do not believe herd immunity is possible with this virus. Kadkhoda, Herd Immunity to COVID-19:  Alluring and Elusive,

https://academic.oup.com/ajcp/article/155/4/471/6063411?login=true; Taylor, COVID-19:  Is Manaus the final nail in the coffin for natural herd immunity?)

https://www.bmj.com/content/372/bmj.n394.short; Tkachenko et al, Time-Dependent Heterogeneity leads to transient suppression of the COVID-19 epidemic, not herd immunity,

https://www.pnas.org/content/118/17/e2015972118.short; Burki, Herd Immunity for COVID-19,

https://www.thelancet.com/journals/lanres/article/PIIS2213-2600(20)30555-5/fulltext?utm_content=buffer6eaeb&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer.  The current director of the CDC mentions similar concerns:

https://www.foxnews.com/health/no-magic-target-herd-immunity-walensky. In total, calculations like those set forth by Dr. McCullough are highly error prone because of uncertainty related to the included variables. See https://www.nature.com/articles/d41586-021-00728-2.

### F.  College Aged Individuals and COVID-19

42.    Although the mortality rate for college aged students infected with COVID-19 is lower than other age groups, that does not mean there is "no risk" from infection. In fact, persons 18-29 years have had the highest rates of infection (per 100,000 population) among all age groups since July 2020.  The more people infected translates to more people being hospitalized and more people dying. CDC COVID Data Tracker

43.    Students, faculty, and staff are members of a congregate community; they interact and engage within the towns and counties in which they live. In any epidemic, infections spread through vulnerable links in the chain eventually resulting in morbidity and mortality in individuals who are less protected.

44.     While individual protection is one goal of universal vaccination, it is not the only one.  Community-wide protection, to reduce the total amount of all potential *exposures* to COVID-19, not just infections, is equally important. Each exposure is potential for transmission to a vulnerable individual.

45.     In addition, the long-term consequences of natural COVID-19 infection are still unknown. Even "long COVID" can affect young adults and lead to long term debility. *https://health.ucdavis.edu/health-news/newsroom/studies-show-long-haul-covid-19-afflicts-1-in-4-covid-19-patients-regardless-of-severity/2021/03*; *https://healthblog.uofmhealth.org/childrens-health/long-haul-covid-kids*; *https://www.usnews.com/news/health-news/articles/2021-02-23/whats-wrong-with-me-young-covid-survivors-battle-long-haul-symptoms*. Post-COVID Conditions | CDC Compared with the Covid-19 Vaccines whose platforms have now been used for decades, the uncertainty around the consequences of infection with a novel virus, especially in relation to long term side effects and sequellae, presents an undue risk. Pardi et al, mRNA vaccines- a new era in vaccinology, *https://www.nature.com/articles/nrd.2017.243*.

46.     In summary, though the morbidity and mortality rate in the college age group is low, it is not zero. It is coupled with many unknowns, and infections in this population potentially drive infections in the community. Opening of Large Institutions of Higher Education and County-Level COVID-19 Incidence — United States, July 6–September 17, 2020 | MMWR (cdc.gov) Andersen et al, College Openings, Mobility, and the Incidence of COVID-19, *https://www.medrxiv.org/content/10.1101/2020.09.22.20196048v1;* Lu et al, Are College Campuses Superspreaders? A data-driven modeling study, *https://www.tandfonline.com/doi/full/10.1080/10255842.2020.1869221*.

47.     Regional differences in county "spill-over" from campus epidemics are likely

related to variations in infection prevention strategies employed at the campuses, with more robust strategies leading to less "spill-over." The most robust strategy is having as many people immune as possible and this is best (and most safely) achieved by vaccination.

48.     All individuals are equally likely to catch COVID-19. There is no protection from infectivity or infectiousness in the college age group and, indeed, this age group accounts for the largest number of cases and the highest rate of infection. CDC COVID Data Tracker.

### G. Asymptomatic Spread

49.     Very early in the pandemic, the medical community learned that ignoring asymptomatic spread of this virus leads to propagation. As many as 30% of patients with COVID-19 never develop symptoms. Johansson et al, SARS-COV-2 Transmission occurs from people infected with COVID-19 but are without symptoms and it is estimated that more than half of all transmissions are from individuals who are asymptomatic; Johansson et al, *https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2774707*. This assessment has been supported by the CDC. Bender et al, *https://wwwnc.cdc.gov/eid/article/27/4/20-4576_article*; Infectious viral loads start increasing before symptom development; Sakurai, et al, Natural History of Asymptomatic SARS-COV-2 Infection, *https://www.nejm.org/doi/full/10.1056/NEJMc2013020*; The Natural History and Transmission Potential of Asymptomatic Severe Acute Respiratory Syndrome Coronavirus 2 Infection, *https://academic.oup.com/cid/article/71/10/2679/5851471*.

50.     Isolation based on symptoms alone is not the consensus opinion of medical or public health experts, which is why most states in the U.S. as well as around the world recommend quarantine of exposed individuals. This is because symptoms do not predict infectivity and it is safer to stay home through the duration of an incubation window after an

exposure in order to protect the community.

51.     Masking is an effective and evidence-based intervention to help stem the spread of COVID-19, even in asymptomatic individuals. Although this protection is significantly less potent than immunity by vaccination, ongoing masking of unvaccinated individuals is a potential stopgap for those unable to be vaccinated.  Unmasked and unvaccinated individuals put themselves at additive risk of infection as well as those around them who are unable to be vaccinated or mount a sufficient immune response.  Science Brief: Community Use of Cloth Masks to Control the Spread of SARS-CoV-2 | CDC

**H.      COVID Treatments**

52.     Treatment guidelines for COVID-19 continue to be updated. Most of the regimens listed in Table 3 of Dr. McCullough's affidavit (p. 10) are not recommended by CDC or NIH. Management of Patients with Confirmed 2019-nCoV | CDC and this COVID-19 Treatment Guidelines (nih.gov)

**I.      COVID Vaccines**

53.     All three COVID-19 Vaccines have been studied in robust multi-centered, international, randomized-controlled trials and proven both effective and safe in millions of people.  Science Brief: COVID-19 Vaccines and Vaccination (cdc.gov)

54.     All three COVID-19 Vaccines have demonstrated a very high rate of efficacy (Pfizer 95%, Moderna 94.1%, Johnson & Johnson 72%).

*https://www.yalemedicine.org/news/covid-19-vaccine-comparison*. These rates are much higher than annual influenza vaccination (30-60%) effectiveness (depending on the year), which is a mandated annual vaccine at many universities. Breakthrough infections are possible with any vaccine, but when you look at the amount vaccinated, these numbers are very low. COVID-19

Daily Report | Connecticut Data

55.     Overall, these are some of the most effective vaccines that have ever been developed.

56.     There is currently no evidence of genotoxicity, mutagenicity, teratogenicity and oncogenicity in any of the EUA-approved COVID vaccines.

57.     While the three currently available vaccines are made of the building blocks of RNA, they are not genes, but are messenger scripts for making a protein. Their safety has been repeatedly confirmed in randomized controlled trials with no difference in adverse outcomes between vaccinated and unvaccinated individuals. There is no evidence that the spike protein itself injures our body's organs. The spike is an entry receptor for the virus to get into cells and the major target of our immune system. The spike protein itself cannot damage tissues, cause infections, or lead to complications. The immune response to the spike protein may be associated with some adverse outcomes like clotting and myocarditis; however, the risks of these outcomes associated with the vaccine are dwarfed by the risks of these outcomes associated with COVID-19 infection itself. Torjesen, COVID-19:  Risk of cerebral blood clots from disease is 10 times than from vaccination, study finds, *https://www.bmj.com/content/373/bmj.n1005.full;* Wise et al, COVID-19:  Should we be worried about reports of myocarditis and pericarditis after mRNA vaccines?, *https://www.bmj.com/content/373/bmj.n1635*).

58.     As an example, the rate of myocarditis in all recipients is 13/1,000,000 vaccines administered (32/1,000,000 in males aged 12-39).

*https://www.cdc.gov/vaccines/acip/meetings/downloads/slides-2021-06/03-COVID-Shimabukuro-508.pdf.* In contrast, 2.3% of collegiate athletes who had recovered from COVID-19 had evidence of myocarditis on heart imaging. Daniels et al, Prevalence of Clinical and

Subclinical Myocarditis in Competitive Athletes with Recent Sars-CoV-2 Infection:  Results from the Big Ten Covid-19 Cardiac Registry,

*https://jamanetwork.com/journals/jamacardiology/fullarticle/2780548*.

59.     The infection of COVID-19 itself puts college-aged students at higher risk for myocarditis than the vaccine. In addition, all vaccine associated myocarditis patients have survived and were treated effectively. *https://whyy.org/articles/myocarditis-and-the-covid-19-vaccine-what-to-know-about-rare-heart-inflammation/*. Based on this evidence, the CDC continues to recommend COVID vaccination for this younger age group.

*https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/myocarditis.html*.

60.     Although the risk of cerebral sinus thrombosis after the Johnson & Johnson vaccine is significant, it occurs with incredibly low probability and there is no proof of causation between the vaccination and myocarditis.

*https://www.cdc.gov/vaccines/acip/meetings/downloads/slides-2021-04/03-COVID-Shimabukuro-508.pdf*.  The Johnson & Johnson vaccine provides very meaningful benefit to a college-aged population given its ease of administration as one dose.

### J.  Vaccination after COVID-19 infections

61.     The CDC continues to recommend vaccination for those who have been infected naturally with COVID-19 and there is emerging evidence that vaccination may provide a broader spectrum of protection to variants than natural infection

(*https://directorsblog.nih.gov/2021/06/22/how-immunity-generated-from-covid-19-vaccines-differs-from-an-infection/*).

62.      There will consistently be new variants of COVID-19 that will be selected out by vaccination and natural infection. The virus will continue to mutate as long as there is a

susceptible population available. We have much better data for the efficacy of the COVID-19 Vaccines against variants than we do for efficacy of natural immunity against variants. This is because we know exactly when immunity is established and the trajectory over time. Without vaccination, there will be lingering concerns about breakthrough variants leading to reinfection that will be more difficult to study.

63.     There are no reports of serious, life-threatening safety concerns for previously infected individuals who receive a COVID-19 Vaccine; in fact, CDC recommends persons that were previously infected still receive a full course of one of the currently available COVID-19 vaccines. Interim Clinical Considerations for Use of COVID-19 Vaccines | CDC; Reduced Risk of Reinfection with SARS-CoV-2 After COVID-19 Vaccination — Kentucky, May–June 2021 | MMWR (cdc.gov)

64.     Using a serologic test to equate to immunity is not evidence-based and not recommended by the CDC. *https://www.cdc.gov/coronavirus/2019-ncov/testing/serology-overview.html*.

65.     COVID-19 also has syndromic overlap with many other respiratory infections and previous consistent symptoms alone cannot be grounds for proof of immunity. Even if using the gold standard nucleic acid or polymerase chain reaction (PCR) test, there is a wide range in duration of immunity after PCR positivity, and PCRs can be positive for months after natural infection. This can make it very challenging to determine the onset of immunity for an individual. Pragmatically, the only surefire way to assure effective immunity is vaccination.

**K. Potential Adverse Events**

66.     The Vaccine Adverse Event Reporting System (VAERS) is a *passive* reporting system. This means that anyone can report any symptom after vaccination.  Once someone

reports a symptom after vaccination, that person will be included in the data generated by VAERS for that symptom, without any verification of the accuracy of the report or whether the symptom was causally related to a COVID-19 Vaccine. The data generated by VAERS is reviewed to identify trends, but the majority of symptoms are mild and are a result of the normal immune response to the vaccine.  As a result, the VAERS data may indicate the number of *reported* symptoms, but it does not reliably indicate the number of symptoms that *actually were* caused by the vaccines.

67.    VAERS reports and percentages must be considered in the context of the prevalence of the disease.  It is reasonable to assume that there will be fewer VAERS reports about rare diseases than there will be about a hyper-prevalent, pandemic level, novel disease, such as COVID-19.  Moreover, it is also reasonable to expect more VAERS reports about a disease like COVID-19 given the new vaccines about which a substantial amount of misinformation has been circulated.   The CDC has acknowledged the prevalence of misinformation related to the COVID-19 Vaccines.  See https://www.cdc.gov/vaccines/covid-19/health-departments/addressing-vaccine-misinformation.html.

68.    Additionally, it is important to distinguish association from causation when examining reports of adverse effects. Adverse effects are possible with any vaccine, but the decision to administer the vaccine is based on the assessment of benefit over that risk. Again, most of these VAERS reports have been of mild generalized symptoms.

69.    The Advisory Committee on Immunization Practices recently reviewed adverse events related to the COVID-19 Vaccines and determined that the benefits of these vaccines and their ability to prevent COVID-19 related morbidity and mortality far exceeds the potential for adverse events caused specifically by Guillain Barre Syndrome, thrombosis with

thrombocytopenia syndrome and myocarditis.

https://www.cdc.gov/mmwr/volumes/70/wr/mm7032e4.htm

### III.    Conclusion

70.     I have reviewed the University of Connecticut's vaccine policy.  In my expert

opinion, a COVID-19 vaccine mandate is a safe and reliable way to minimize spread of COVID-

19 among students and their communities and prevent morbidity and mortality. While COVID-

19 does not necessarily cause disproportionate bad outcomes in this constituency, any bad

outcome from COVID-19 is potentially avoidable with the COVID-19 Vaccines where the

benefit dwarfs the potential rare risks that may not be causally linked. The vaccines used for

COVID-19 are based on technology that has been developed over decades and have repeatedly

been shown to be safe when given to millions of patients. This is not experimentation.  This is

application of known science to a novel pathogen with known and threatening immediate and

long-term consequences to students, faculty, staff, and communities at large.  Given that this

virus can be infectious despite an asymptomatic host and that not everyone can mount an

immune response after vaccination, an individual's choice to remain unvaccinated puts others

around them in the community at risk.  Ultimately, the benefit to multiple college students being

vaccinated has far-reaching benefits for the community as it relates to reduction in spread,

avoidance of variant selection, and reductions in morbidity and mortality overall.

### IV.    Other Testimony & Compensation

71.     I have previously provided expert testimony in CT Freedom Alliance, LLC v. State

of CT Department of Education, HHD-CV20-6131803-S, in the form of deposition testimony.  I

provided this testimony as part of my responsibilities as Deputy State Epidemiologist at the CT-

DPH.

72.     I provided this affidavit as part of my responsibilities as Deputy State Epidemiologist at the CT-DPH.

I hold all the above opinions to a reasonable degree of professional certainty and probability based upon the records and information that I reviewed and based upon my education, training, and professional experience. My opinions in this report are based on only the information that I have considered to date. I reserve the right to amend and supplement this report and any of my opinions in it consistent with all applicable procedural rules.

Date: _____

Lynn Sosa
Digitally signed by Lynn Sosa
Date: 2021.08.11 14:01:59 -04'00'

Lynn Sosa, M.D.

**Appendix 1**

# Lynn E. Sosa, MD

Connecticut Department of Public Health
410 Capitol Avenue, MS#11 TUB
PO Box 340308
Hartford, CT  06134-0308
Ph. (860) 509-7723
Fax (860) 509-7743
lynn.sosa@ct.gov

## PROFESSIONAL EXPERIENCE

**Connecticut Department of Public Health**　　　　　　　　**Hartford, CT**

### *Deputy State Epidemiologist*　　　　　　2008 - present

- Responsible for oversight of COVID-19 surveillance activities;
- Provide subject matter expertise and technical assistance to a variety of stakeholders including, but not limited to, local health departments, Connecticut Department of Education, Connecticut Department of Correction, local K-12 schools, and public and private colleges and universities;
- Serve as a medical consultant to the Immunization Program;
- Serve as co-supervisor to the Epidemic Intelligence Service Officer and the CDC/Council of State and Territorial Epidemiologist Fellow;
- Provide medical and epidemiological oversight to the Tuberculosis and Sexually Transmitted Disease Programs.

### *Medical Director*　　　　　　2020 - present

- Provide medical and epidemiological oversight to both the Tuberculosis (TB) and Sexually Transmitted Disease (STD) Control Programs.

### *Coordinator, TB and STD Control Programs*　　　　　　2014 - 2019

- Provide medical, epidemiological, and supervisory oversight for all aspects of both the TB and STD Control Programs.

### *Medical Epidemiologist*　　　　　　2007 - 2014

- Provide medical and epidemiological oversight to the TB and STD Programs.

***Epidemic Intelligence Service Officer***                         2005 – 2007

- Led and assisted with management of multiple foodborne outbreaks;
- Responsible for questionnaire development, coordination of patient interviews, data analysis using EpiInfo 2000 and preparations of outbreak reports for internal health department review;
- Investigated outbreaks of tuberculosis and Legionnaire's Disease;
- Deployed to New Orleans, LA as part of the Hospital Surveillance Team in September 2005 to serve with a team of EIS officers and CDC staff responsible for active surveillance for disease and injury in the 2-4 weeks after the hurricane;
- Responsible for data abstraction from medical records, data entry, data analysis, and recruiting of new medical clinics to our surveillance effort;
- Evaluated CT's passive surveillance system for varicella;
- Conducted several data analysis projects, including analysis of varicella surveillance data, analysis of cervical cancer data, and analysis of gonorrhea/chlamydia data using Geographic Information Systems (GIS). These projects involved manipulation and analysis of data using EpiInfo and Excel and drafting of project reports and manuscripts for publication.

## EDUCATION

| | |
|---|---|
| 1998–2002 | Harvard Medical School, Boston, MA- MD |
| 1994–1998 | Loyola University Chicago, Chicago, IL- BS (Biology) |
| 1991–1994 | Illinois Mathematics and Science Academy, Aurora, IL (high school) |

## PROFESSIONAL TRAINING

| | |
|---|---|
| 2005–2007 | Epidemic Intelligence Service Officer, Centers for Disease Control and Prevention, stationed at the Connecticut Department of Public Health, Hartford, CT |
| 2003–2005 | House Officer, Massachusetts General Hospital, Boston, MA (Internal Medicine) |
| 2002–2003 | Intern, Massachusetts General Hospital, Boston, MA (Internal Medicine) |

## PROFESSIONAL SERVICE

| | |
|---|---|
| 2005–2007 | Lieutenant Commander, Commissioned Corps, US Public Health Service |

## LICENSES AND BOARD CERTIFICATION

- Connecticut Physician License #043692, expires August 2022

- Board Certified, Internal Medicine ABIM# 263327

## PUBLICATIONS

2020    Lee S, et al. Isoniazid resistant tuberculosis of the parotid gland masquerading as a benign neoplasm. Ear Nose Throat J 2020. Online ahead of print. DOI: 10.1177/01455613209381595/20

2020    Wallace M, et al. COVID-19 in correctional and detention facilities-United States, February-April 2020.  MMWR Morb Mortal Wkly Rep 2020; 69: 587–90.

2020    Havers FP, et al. Seroprevalence of antibodies to SARS-CoV-2 in 10 sites in the United States, March 23-May 12, 2020. JAMA Intern Med 2020. Online ahead of print. doi: 10.1001/jamainternmed.2020.4130.

2020    Werner Ak, et al. Hospitalizations and deaths associated with EVALI. New Engl J Med 2020; 382:1589–98.

2019    Sosa L, et al. Tuberculosis screening, testing, and treatment of U.S. health care personnel: recommendations from the National Tuberculosis Controllers Association and CDC, 2019. MMWR Morb Mortal Wkly Rep 2019; 68:439–43.

2018    Magaziner S, Montgomery MC, et al. Public health opportunities and challenges in the provision of partner notification services: the New England experience. *BMC Health Serv Res* 2018; 18:75.

2017    Kaplan SR, Topal J, Sosa L, Malinis M, Huttner A, Malhotra A, Friedland G. A patient with central nervous system tuberculomas and a history of disseminated multi-drug resistant tuberculosis. *J Clin Tuberc Other Mycobac Dis* 2017;10: 9–16.

2017    Leung V, Phan Q, Costa CE, Nishimura C, Pung K, Horn L, Sosa L. Notes from the Field: Clostridium perfringens outbreak at a catered lunch-Connecticut, September 2016. *MMWR Morb Mortal Wkly Rep* 2017; 66:940–41.

2017    Niccolai LM, Meek JI, Brackney M, Hadler JL, Sosa LE, Weinberger DM. Declines in Human Papillomavirus (HPV)-Associated High Grade Cervical Lesions After Introduction of HPV Vaccines in Connecticut, United States, 2008–2015. *CID* 2017; 65:884–9.

2017    Tutolo JW, Staples JE, Sosa L, Bennett N. Notes from the Field: Powassan Virus Disease in an Infant—Connecticut, 2016. *MMWR Morb Mortal Wkly Rep* 2017;66:408–409.

2016    Vasquez AM, Montero N, et al. Investigation of *Escherichia coli* harboring the mcr-1 resistance gene—Connecticut, 2016. *MMWR Morb Mortal Wkly Rep* 2016; 65:979–80.

2015    Mullins J, Kudish K, Sosa L, Hadler J. Continuing decline in varicella incidence after the 2 dose vaccination recommendation, 2009–2014. *Open Forum Infect Dis* 2015; 9:1–6.

2015    Hariri S, et al. Monitoring effect of human papillomavirus vaccines in US population, Emerging Infections Program, 2008–2012. *Emerg Infect Dis* 2015; 21:1557–61.

2015    Hariri S, et al. Reduction in HPV 16/18-associated high grade cervical lesions following HPV vaccine introduction in the United States—2008–2012. *Vaccine* 2015;33:1608–13.

2015    Bemis K, Thornton A, Rodriguez-Lainz A, Lowenthal P, Escobedo M, Sosa LE, Tibbs A, Sharnprapai S, Moser KS, Cochran J, Lobato MN. Civil surgeon tuberculosis evaluations for foreign-born persons seeking permanent U.S. residence. *J Immigr Minor Health* 2015 Feb 13 [Epub ahead of print]

2013    Styles T, Phan Q, Rabatsky-Ehr T, Applewhite C, Sosa L, Cartter M. Salmonella enterica serotype enteritidis outbreak at a long-term care facility, Connecticut, 2012. *Conn Med* 2013;77:587–90.

2013    Gacek P, Sosa L, Lobato M. Assessment of postarrival tuberculosis examinations among immigrants and refugees screened overseas. Connecticut Medicine 2013;77:325–30.

2013    Niccolai LM, Julian P, Meek J, McBride V, Hadler J, Sosa L. Declining rates of high grade cervical lesions in young women in Connecticut, 2008–2011. *Cancer Epidemiol Biomarkers Prev* 2013; 22:1446–50.

2013    Niccolai LM, Russ C, Julian PJ, Hariri S, Sinard J, Meek JI, McBride V, Markowitz LE, Unger ER, Hadler JL, Sosa LE. Individual and geographic disparities in human papillomavirus types 16/18 in high grade cervical lesions: associations with race, ethnicity and poverty. *Cancer* 2013;119:3052–8.

2013    Clark IT, Lobato MN, Gutierrez J, Sosa LE. HIV status among patients with tuberculosis and HIV testing practices by Connecticut health care providers. *J Int Assoc Physicians AIDS Care* 2013;12:261–5.

2013    Niccolai L, Julian P, Bilinski A, Mehta NR, Meek JI, Zelterman D, Hadler JL, Sosa L. Geographic Poverty and Racial/Ethnic Disparities in Cervical Cancer Precursor Rates in Connecticut, 2008–2009. *Am J Pub Health* 2013;103:156–63.

2012    Chawla H, Lobato MN, Sosa LE, Zuwallack R. Predictors for a positive Quantiferon-TB-Gold test in BCG-vaccinated adults with a positive tuberculin skin test. *J Infect Public Health* 2012;5:369–73.

2012    Kattan J, Sosa LE, Lobato MN. Tuberculosis mortality: death from a curable disease, Connecticut, 2007–2009. *Int J Tuberc Lung Dis* 2012;16: 1657–62.

2011    Guh A, Sosa L, Hadler JL, Lobato MN. Missed opportunities to prevent tuberculosis in foreign-born persons, Connecticut 2005–2008. *Int J Tuberc Lung Dis* 2011;15:1044–49.

2011    Livingston KA, Lobato MN, Sosa LE, Budnick GE, Bernardo J. *Mycobacterium tuberculosis* testing capacity and practices in hospital,

commercial, and public laboratories in New England, *Int J Tuberc Lung Dis* 2011;15:1218–22.

2011    J. Kattan, Sosa L, Bohnwagner H, Hadler J. Impact of 2-Dose Vaccination on Varicella Epidemiology: Connecticut—2005–2008. *J Infect Dis* 2011;203:509–12.

2010    J. Leung, Kudish K, Wang C, Moore L, Gacek P, Radford K, Lopez A, Sosa L, Schmid DS, Cartter M, Bialek S. Varicella. Outbreak in a Residential Facility for Adults with Intellectual Disability—Connecticut 2009. *Journal of Infectious Diseases* 2010;202:1486–91.

2010    C. Lazar, Sosa L, Lobato M. Practices and Policies of Providers Testing School-Aged Children for Tuberculosis, Connecticut, 2008. *J Community Health* 2010;35:495–99.

2009    L. Sosa, Gupta S, Juthani-Mehta M, Hadler J. Meningitis in a College Student in Connecticut, 2007. *Journal of American College Health* 2009; 58:12–14.

2009    AM Buff, LE Sosa, AJ Hoopes, D Buxton-Morris, TB Condren, JL Hadler, MB Haddad, PK Moonan, MN Lobato. Two Tuberculosis Genotyping Clusters, One Preventable Outbreak. *Public Health Reports* 2009;124:490–94.

2008    CDC.  Surveillance for Community-Associated *Clostridium difficile*— Connecticut, 2006.  *MMWR* 2008;57:340–43.

2008    L. Sosa, Lobato M, Condren T, Williams M, Hadler J. Outbreak of Tuberculosis in a Correctional Facility: Consequences of Missed Opportunities. *Int J Tuberc Lung Dis* 2008;12:689–91.

2006    L. Sosa and J. Hadler. Epidemiology of Varicella in Connecticut—2001– 2005.  *J Infect Dis* 2008;197:S90–3.

2006    CDC.  Survey of Lymphocytic Choriomeningitis Virus Diagnosis and Testing—Connecticut, 2005. *MMWR* 2005;55:398–99.

## PRESENTATIONS

2019    Latent Tuberculosis Infection: What Clinicians Need to Know, Middlesex Hospital Grand Rounds, Middletown, CT

2019    Recommendations for Tuberculosis Screening, Testing and Treatment of Health Care Personnel, United States, 2019; National TB Conference, Atlanta, GA

2019    Latent Tuberculosis Infection: What Clinicians Need to Know, Stamford Hospital Grand Rounds, Stamford, CT

2019    Why Data Matters: A Year in the Life of a Medical Epidemiologist; EMD Seminar Series, Yale School of Public Health, New Haven, CT

2018    Almost at the Finish Line: Proposed Updates to TB Screening and Testing of Healthcare Personnel. Washington State TB Educational Conference, Seattle, WA

2018    Connecting the DOTs:  Old and New Strategies to Solve a TB Puzzle. Connecticut Biannual Tuberculosis Conference, West Haven, CT

| | |
|---|---|
| 2018 | Management of LTBI in the Primary Care Setting, Connecticut Academy of Family Physicians 2018 Scientific Symposium, Southington, CT |
| 2018 | Using Incentives to Increase Named Partners from Early Syphilis Patients, Connecticut, 2017. Poster presentation, 2018 National STD Prevention Conference, Washington, DC. |
| 2018 | Preventing Missed Opportunities: Strategies for Winning the War Against TB. New England TB Clinicians Conference, Hartford, CT |
| 2018 | Almost at the Finish Line: Proposed Updates to TB Screening and Testing of Healthcare Personnel, National Tuberculosis Conference, Palm Springs, CA |
| 2017 | Using Incentives to Increase Named Partners from Early Syphilis Patients, Connecticut, 2017. Oral presentation, 2017 Northeast Epidemiology Conference, Northampton, MA |
| 2016 | You are the Key to HPV Cancer Prevention. Connecticut Children's Medical Center, Grand Rounds presentation |
| 2015 | Use of Genotyping in Connecticut, Oral presentation, National Tuberculosis Conference, Atlanta, GA |
| 2015 | Update on the Use of Isoniazid and Rifapentine for the Treatment of Latent Tuberculosis Infection in Connecticut, New England TB Clinicians Conference, Worcester, MA |
| 2015 | Update on Tuberculosis, Medicine Grand Rounds, Norwalk Hospital, Norwalk, CT |
| 2013 | Current Challenges in the Diagnosis and Treatment of TB.  Pulmonary Grand Rounds, University of Connecticut Health Center, Farmington, CT |
| 2013 | Preparing for Flu Season:  What You Need to Know.  Pediatric Grand Rounds, Bridgeport Hospital, Bridgeport, CT |
| 2013 | TB or Not TB:  New Challenges of an Old Disease, Grand Rounds, St. Francis Medical Center, Hartford, CT |
| 2013 | Use of 12 Dose Isoniazid and Rifapentine for the Treatment of Latent Tuberculosis Infection in Connecticut.  Poster presentation, 2013 National Tuberculosis Conference, Atlanta, GA |
| 2013 | Routine Genotyping and the Impact on TB Prevention and Control. Oral presentation, 2013 National Tuberculosis Conference, Atlanta, GA |
| 2013 | Treating LTBI with Isoniazid and Rifapentine:  The Connecticut Experience, New England TB Clinician's Meeting, Sturbridge, MA |
| 2013 | Update on Tuberculosis:  New Challenges of an Old Disease, Grand Rounds, Backus Hospital, Norwich, CT |
| 2012 | Update on Tuberculosis:  New Challenges of an Old Disease, Connecticut Pulmonary Section Annual Meeting, Branford, CT |
| 2012 | TB or not TB:  Update on Tuberculosis, Grand Rounds, Eastern Connecticut Health Network, Manchester and Vernon, CT |
| 2011 | Identification of Contamination Clusters:  Maryland and Connecticut. Oral presentation. 2011 National TB Conference, Atlanta, GA |
| 2010 | Pediatric Tuberculosis:  What Every Provider Needs to Know.  Pediatric Grand Rounds, Danbury Hospital, Danbury, CT |

| | |
|---|---|
| 2010 | A Geocoded Analysis of Socioeconomic Disparities in Cervical Cancer Precursors in Connecticut, 2008–2009.  Oral presentation, 2010 Northeast Epidemiology Conference, Lenox, MA |
| 2009 | Challenges of IGRA Testing. Oral presentation, 2009 National TB Conference, Atlanta, GA. |
| 2009 | Enhanced Surveillance on Access to Care to Prevent TB Among the Foreign Born – Connecticut, 2005–2008.  Poster presentation, 2009 National TB Conference, Atlanta, GA (Received first place prize) |
| 2009 | Update on Tuberculosis:  The Changing Face of an Old Disease. Medicine Grand Rounds, St. Francis Hospital and Medical Center, Hartford, CT. |
| 2008 | Tuberculosis Outbreak at a Correctional Facility:  Consequences of Missed Diagnoses.  Oral presentation, 2008 National TB Controllers Workshop, Atlanta, GA |
| 2008 | Statewide Analysis of Geographic Clustering of Chlamydia and Gonorrhea Infections—Connecticut, 2004.  Oral Presentation, 2008 National STD Prevention Conference, Chicago, IL |
| 2007 | Tuberculosis Outbreak at a Correctional Facility:  Consequences of Missed Diagnoses.  Poster presentation, 2007 American Thoracic Society International Conference, San Francisco, CA |
| 2007 | Cervical Cancer Epidemiology in Connecticut, 1994–2003:  Implications for Vaccination Programs. Oral presentation, 2007 Epidemic Intelligence Service Conference, Atlanta, GA |
| 2006 | Cervical Cancer Epidemiology in Connecticut, 1994–2003.  Oral presentation, 2006 Northeast Regional Epidemiology Conference, Albany, NY |
| 2006 | Epidemiology of Varicella in Connecticut—2001–05.  Oral presentation. Tuesday Morning Seminar, Centers for Disease Control and Prevention, Atlanta, GA. |
| 2006 | Lymphocytic Choriomeningitis Virus Diagnosis and Testing—Connecticut, 2005.  Oral presentation, 2006 Epidemic Intelligence Service Conference, Atlanta, GA |
| 2006 | Lymphocytic Choriomeningitis Virus Diagnosis and Testing—Connecticut, 2005.  Poster presentation, 2006 International Conference on Emerging Infectious Diseases, Atlanta, GA |
| 2005 | Lymphocytic Choriomeningitis Virus Diagnosis and Testing—Connecticut, 2005.  Oral presentation, 2005 Northeast Regional Epidemiology Conference, Chatham, MA |

## ACADEMIC APPOINTMENTS/TEACHING EXPERIENCE

| | |
|---|---|
| 2008–present | Assistant Clinical Professor of Medicine, Yale University School of Public Health |
| | Spring Semester 2008, 2012, 2014, 2016, 2018, 2020 Investigation of Disease Outbreaks |

- Assisted with teaching this course including giving lectures and grading assignments

## SOCIETIES AND MEMBERSHIPS

| | |
|---|---|
| Present | National Tuberculosis Controller's Association |
| Present | National Coalition of STD Directors |
| Present | Council of State and Territorial Epidemiologists |
| | STD Subcommittee Chair, 2012-2019 |
| Present | Connecticut Infectious Disease Society |

## HONORS AND AWARDS

| | |
|---|---|
| 2017 | Mentor of the Year Award, Council of State and Territorial Epidemiologists |
| 2007 | Outstanding Unit Commendation, U.S. Public Health Service |
| 2007 | Outstanding Unit Commendation, U.S. Public Health Service |
| 2006 | Crisis Response Service Award, U.S. Public Health Service |
| 2005 | Commissioned Corps Training Ribbon, U.S. Public Health Service |

**References are available upon request**