UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE WADE, AMY DISALVATORE, and DYLAN BARKASY Plaintiffs | ) ) ) ) | |
| v. | ) | NO.   3:24-cv-924-JAM |
| UNIVERSITY OF CONNECTICUT BOARD OF TRUSTEES and ANDREW AGWUNOBI Defendant | ) ) ) ) ) | |

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE
THE DECLARATION OF DR. PETER McCULLOUGH

Plaintiffs oppose defendants' eleventh-hour attempt to exclude the expert

declaration of Dr. Peter McCullough, which was provided to on August 5, 2021.

Plaintiffs oppose for the following reasons:

1. Defendants' motion is simply an attempt to have this Court enter a

   finding of fact in a Texas state case (that Dr. McCullough's statements

   were either untrue or violative of an agreement he had with a nonparty in

   this matter), which this Court has no jurisdiction to do. See defendants'

   Memorandum in Support of their Motion to Dismiss, where they cite

   *Pennhurst State Sch. & Hosp.* v. *Halderman*, 465 U.S. 89, 106 (1984);

2. Plaintiff's expert did not violate the Court Order. He still works at and

   has privileges at the hospitals that he mentioned and is simply no longer

   an employee or affiliated. He has filed a Motion to Dismiss in that matter.

3. Defendant's assertion that because Dr. McCullough's opinion is not in line

1

with the CDC's website (which they refer to as "prevailing scientific consensus") means that his scientific opinion is irrelevant based upon *Jacobson* v. *Massachusetts*, 197 U.S. 11 (1905), shows that their argument goes only to the weight of his declaration, not its admissibility.

Dr. McCullough's expert declaration, which establishes that the vaccines required for defendant's students, but not their faculty, are not only ineffective, but also potentially dangerous with many side effects which are unknown, in direct contrast with the "common knowledge" referred to in *Jacobson*. His declaration should be allowed and defendants' motion DENIED. Supporting documents have been attached.

Plaintiffs, by their attorney,


  /s/ Ryan P. McLane
Ryan P. McLane, Esq. (Juris: 438176)
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
Ph. (413) 789-7771
Fax (413) 789-7731
E-mail: ryan@mclanelaw.com

CAUSE NO. DC-21-09699

| | | |
|---|---|---|
| **BAYLOR SCOTT & WHITE HEALTH and HEALTHTEXAS PROVIDER NETWORK,** | § § § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiffs,** | § | |
| | § | **DALLAS COUNTY, TEXAS** |
| **v.** | § | |
| | § | |
| **PETER A. MCCULLOUGH, M.D.,** | § | |
| | § | |
| **Defendant.** | § | **191st JUDICIAL DISTRICT** |

**DEFENDANT PETER A. McCULLOUGH M.D.'S MOTION TO DISMISS
PURSUANT TO THE TEXAS CITIZENS PARTICIPATION ACT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Peter A. McCullough, M.D. ("McCullough"), the Defendant in the above-referenced matter, and files his Motion to Dismiss pursuant to the Texas Citizens Participation Act ("TCPA"), Tex.Civ.Prac.&Rem.Code § 27.001, et seq., and in support of same would respectfully show the Court as follows:

    a. Plaintiff Baylor Scott & White Health's ("BSWH")[1] claims for breach of contract against Defendant McCullough (collectively, the "Claims"), as set forth in Plaintiff's Original Verified Petition and Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction ("Petition"), are based on, relate to, or are in response to Defendants' right to free association and free speech on matters of public interest (Coronavirus and vaccines), as defined by both the TCPA, and caselaw interpreting it.

    b. Plaintiff BSWH cannot establish by clear and specific evidence a prima facie case for each essential element of the claims they bring in this suit; and

    c. Even if Plaintiff BSWH were to establish a prima facie case for each essential element of their claims, Defendant can establish, by a preponderance of the evidence, each essential element of a valid defense to Plaintiff's claims.

---

[1] Plaintiffs Baylor Scott & White Health and HealthTexas Provider Network are collectively referred to as "BSWH/HTPN."

# I.
# Introduction

1. The Claims should be dismissed pursuant to the TCPA because they relate to, or are in response to, Defendants' exercise of their rights of association and free speech by communicating on a matter of public interest as defined by the TCPA. Tex. Civ.Prac.&Rem.Code § 27.005(b)(1), (3). Communication is defined as "the making or submitting of a statement or document in any form or medium, including oral, visual, written, audiovisual, or electronic." *Id*. § 27.001(1).

2. Under the TCPA, a party may file a motion to dismiss a legal action that is "based on, relates to, or is in response to a party's exercise of the right of free speech, right to petition, or right of association. *Id*. §27.003(a). The TCPA statute provides a two-step procedure to expedite the dismissal of claims brought to intimidate or intended to silence a defendant's exercise of his/her First Amendment rights. *ExxonMobile Pipeline Co. v. Coleman*, 512 S.W.2d 895,898 (Tex. 2017).

3. Under the 1ˢᵗ step, the movant has the burden to show, by a preponderance of the evidence, that the nonmovant's legal action is based on, relates to, or is in response to the movant's exercise of the right of free speech, right to petition, or the right of association. *Id*. §27.005(b). The Act defines the exercise of free speech as a communication made in connection with a matter of public concern. *Id*., §27.001(3). The exercise of the right to petition is a communication in connection with an issue under consideration or review by a governmental body. *Id*., §27.001(4). The exercise of a right of association is a communication between individuals who join together to collectively express, promote, pursue, or defend common interests relating to a governmental proceeding or a matter of public concern. Id. *Id*., §27.001(2). A matter of public concern is defined as "the making or submitting of a statement or activity regarding: (A) a public official, public figure, or other person who has drawn substantial public attention due to the person's official acts, fame, notoriety,

or celebrity; (B) a matter of political, social, or other interest to the community; or (C) a subject of concern to the public." *Id.*, §27.001(1).  The Texas Supreme Court held in its *Coleman* and *Starside*[2] decisions that the reach of the TCPA is to both public and private communications, citing § 27.011.

4.  The TCPA motion must be filed no later than the 60th day after the date of service of the legal action and a hearing must be set not later than the 60th day after the date of service of the motion. Tex.Civ.Prac.&Rem.Code §27.003(b), 27.004(a).  This motion is timely brought by Defendant McCullough.

5. The movant bears the initial burden to show by a preponderance of the evidence that the action "is based on, relates to, or is in response to the party's exercise of" the right of free speech, petition, or association. *Id.* §§ 27.003, 27.005(b); *Lipsky*, 460 S.W.3d at 586. If the movant satisfies this "first prong," the trial court must dismiss the action unless the party who brought the action "establishes by clear and specific evidence a prima facie case for each essential element of the claim in question." TCPA ; *Lipsky*, 460 S.W.3d at 587; *see also Pickens v. Cordia*, 433 S.W.3d 179, 183 (Tex. App.–Dallas 2014, no pet.) (movant bears initial burden on first prong of section 27.005).

6.  The filing of the TCPA motion stays all pending discovery and suspends all deadlines until the motion is heard and ruled upon by the court.  *Id.* §27.003(c).  The court must rule on the motion no later than the 30th day after the hearing, or the motion is considered overruled by operation of law.  *Id.* §27.005(a), §27.008(a).

---

[2] *Adams v. Starside Custom Builders, LLC*, 547 S.W.3d 890 (Tex. 2018).

7.  A movant may take an interlocutory appeal from the trial court's denial of a TCPA motion, and such expedited appeal stays all proceedings in the trial court pending disposition of the appeal.  Id. §27.004(a); §51.004(a)(12).

8. Upon dismissal of claims under the TCPA, the movant may recover its reasonable attorneys' fees and expenses defending against the legal action.  *Id.*, §27.009(a)(1).  Additionally, the statute provides the court shall award sanctions against the party who brought the legal action as the court determines sufficient to deter the party from bringing similar actions in the future.  *Id.*, §27.009(a)(2).

## II.
## Basis for TCPA Motion to Dismiss[3]

9.  The TCPA provides its own definition of the "exercise of the right of free speech."  *Adams v. Starside Custom Builders, LLC,* 547 S.W.3d 890 (Tex. 2018).

> Any notion that courts should read implicit limitations into the TCPA definitions derived from broader statutory or jurisprudential context has been put to rest by the Texas Supreme Court's precedents (discussing *ExxonMobil Pipeline v. Coleman,* 512 S.W.3d 895, 899-902 (Tex. 2017) and *Lippincott v. Whisenhunt,* 462 S.W.3d 507 (Tex. 2015)), *Elite Auto Body LLC v. Autocraft Bodyworks Inc.,* 520 S.W.3d 191 (Tex.App.-Austin 2017, pet. dism'd), see also *Serafine v. Blunt,* 466 SW.3d 352 at 377-79 (Tex.App.-Austin 2015, no pet.) (Pemberton, J., concurring).

> *Grant v. Pivot Technology Sols., Ltd.,* 556 S.W.3d 865, 872 (Tex.App.-Austin 2018).

10.  BSWH's lawsuit is its attempt to prevent Defendant McCullough from freely associating with other medical and governmental officials to discuss matters of public interest, namely, the Coronavirus pandemic, and the vaccination and treatment of Covid-19 patients infected with the virus.  The attempt to restrict McCullough's ability to speak on these matters directly implicates

---

[3] In submitting this Motion to Dismiss under the TCPA, McCullough relies upon the Petition, the declarations of McCullough and Clark and attached exhibits filed contemporaneously with this Motion, all of which are incorporated herein by reference.

both the right of free speech and association on matters of public interest, namely, communications between individuals who join together to collectively express, promote, pursue, or defend common interests on a matter of public concern, whether on social media, at governmental hearings and medical professional hearings or on social media websites.  See, *Backes v. Misko,* 486 S.W.3d 7, 17 (Tex.App.-Dallas 2015, rev. den.) (posting on social media); *Ex parte Tucci,* 859 S.W.2d 1, (Tex. 1993) ("The fact that vigorous debate of public issues in our society may produce speech considered obnoxious or offensive by some is a necessary of that freedom [of speech]").

### III.
### Factual Background to TCPA Motion to Dismiss[4]

11.  BSWH's petition seeks injunctive relief against McCullough based on his alleged breach of a confidential separation agreement's provision that he is not affiliated or employed by Baylor following his departure from BSWH.  See Petition, Introduction, pg. 1.  According to BSWH, McCullough has breached this "dozens, if not hundreds, of times …by impermissibly, improperly, and inaccurately claiming he is affiliated with BSWH in media interviews, online biographies, and elsewhere."  *Id.*  The claimed basis for BSWH's suit is to prevent McCullough from continuing to confuse the media, the medical community, and the public about his affiliation with BSWH. Id., pg. 2. BSWH is also seeking to recover $1M in damages [5] for the alleged confusion caused by McCullough's references to Baylor as his former employer.

12.  According to BSWH, since February 24, 2021, McCullough has conducted interviews in print and video appearances on television shows, podcasts, published videotaped presentations and other

---

[4] See note 2, infra.
[5] BSWH/HTPN also indicates that it will seek return of monies previously paid to McCullough under the Settlement Agreement.

recordings, as well as published written information in journals, news articles, professional profiles and social media where he has allegedly indicated his affiliation with BSWH.  *Id*. pg. 4, ¶ 10.

13.  BSWH's Petition incorporates screenshots of purported interviews and video in which he is referenced as a cardiologist and vice chief of medicine at Baylor.  *Id*., pp. 5-7.

14.  BSWH's Petition acknowledges that under the terms of the settlement agreement, McCullough continues to be on its active staff with full privileges at its hospital facilities, Baylor University Medical Center and Baylor Heart and Vascular Hospital *Id*., p. 4[6]

15.  Until at least July 5, 2021, nearly five (5) months after the separation agreement was executed, BSWH continued to show a picture of McCullough and his credentials on its own website.[7] Further, McCullough's private practice office is located on the campus within Baylor University Medical Center, which Baylor had prior knowledge of when the Settlement Agreement was signed.

16.  Virtually all of the purported proof of violations set forth in BSWH's Petition involve McCullough speaking about the Coronavirus pandemic, Covid-19 patients, vaccinations and treatment of Covid-19.  McCullough requests the Court to take judicial notice that these topics are "matters of public concern or interest."  None of BSWH's proffered proof shows that McCullough personally has held himself out as being affiliated with Baylor-instead, any references to his affiliation with Baylor are made by third party media, over which he has no control.  In fact, since his separation from BSWH, McCullough has not claimed a previously held title as being active, and has issued disclaimers that any opinions expressed are his own, and not that of any other organization.  See McCullough declaration.

---

[6] See last sentence of quoted Separation of Employment text reproduced following paragraph 8 which states "nothing shall preclude Employee from being a member of the medical staff at BUMC or BHVH."
[7] See exhibit 1 attached to Clark declaration (webpage captured by Wayback machine)

17.  On the worldwide Web, there are an estimated 800,000 websites maintained by third parties other than McCullough which reference him having some capacity or affiliation with Baylor, and there are approximately 16 million hits for those websites.[8]   All of McCullough's video appearances and twitter feed show a disclaimer that any opinions are his own, and not of any organization. See exhibits D, E, and F appended to declaration of McCullough.

18.  By seeking to enforce the settlement agreement and the filing of this litigation, BSWH is trying to prevent McCullough from speaking or voicing his opinions relating to the Covid virus, vaccinations and treatment of Covid patients, all of which are matters of public concern *TCPA*, Tex.Civ.Prac.&Rem.Code §27.001(7); *Abatecola v. 2 Savages Concrete Pumping LLC,* 2018 WL 3118601 (Tex.App.-Houston [14th Dist.] June 26, 2018, pet. den. Mar. 1, 2019) (holding TCPA applied to communications relating to hiring of former employee with noncompete). See also, *The Perilous Censoring of Dr. Peter McCullough*, Starkman  www.starkmanapproved.com, (Aug. 1, 2021); July 30, 2021 statement of Sharla Winters, RN, BSN appended as exhibit 2 to Clark declaration (Dr. McCullough has not used "verbal or written words to falsely represent himself or any BSWH owned entity over the course of the pandemic); transcript of Stew Peters show, appended as exhibit 4 to Clark declaration.

19.     In doing so, Baylor's legal action violates the TCPA by seeking to restrain communications which inhibit McCullough's right of free speech and his right of association.  *Id*.  See, *Adams v. Starside Custom Builders, LLC*, 547 S.W.3d 890, 895-96 (Tex. 2018) (holding statements in blog were related to builder's services in the marketplace, thus a communication on a matter of public concern under the TCPA).

---

[8] See McCullough declaration and exhibit 5 to Clark declaration

# IV.

## McCullough Can Establish A Prima Facie Case Supporting His Affirmative Defenses

20.     Even if BSWH can meet its burden of establishing by clear and specific evidence[9] the prima facie elements of its Claims against Defendants, McCullough can establish, by a preponderance of the evidence, the elements of his affirmative defenses, freedom of speech under the U.S. and Texas Constitutions, and the right to associate with other medical professionals, governmental panels, and the media.  See, *Calvillo v. Gonzalez,* 922 S.W.2d 928, 929 (Tex. 1996) (holding exclusive contract with hospital justified, as matter of law, interference with another party's business relations).

21.   Here, the facts show that BSWH itself continued to show McCullough as associated with it on its website. (Clark declaration, exhibit 2).  Further, the settlement agreement quoted in the petition acknowledges that McCullough continues to have full privileges at Baylor facilities and an office in the Baylor complex of buildings (McCullough declaration).

22.   BSWH's proof fails to establish that McCullough, as opposed to independent third party media, held himself out as continuing to be affiliated with BSWH.  To the contrary, McCullough's proof shows a disclaimer of any affiliated organizations in his video appearances. (McCullough declaration, exhibits D-F).

23.   By bringing this litigation, BSWH is seeking to chill McCullough's exercise of his right of free speech because it doesn't agree with his opinions and testimony before the U.S. Senate and

---

[9] In *Abatecola v. 2 Savages Concrete Pumping LLC,* 2018 WL 3118601 (Tex.App.-Houston [14th Dist.] June 26, 2018, pet. den. Mar. 1, 2019), the 14th Houston Court of Appeals held that general allegations reciting the elements of the cause of action are insufficient to meet this burden of proof; rather the nonmovant must present enough detail to show the factual basis for its claim.

Texas Senate relating to Covid-19, vaccinations[10] and treatment for Covid-19 patients.  BSWH's suit also seeks to stifle McCullough's ability to associate with like-minded medical professionals and the media on these matters.

24.  The justification defense is based on either the exercise of one's own legal rights or a good faith claim to a colorable legal right, even though that claim ultimately proves to be mistaken. *Sakowitz Inc. v. Steck*, 669 S.W.2d 105, 107 (Tex. 1984) *overruled on other grounds, Sterner v. Marathon Oil Co.*, 767 S.W.2d 686, 690 (Tex. 1989); *Texas Beef Cattle Co. v. Green*, 921 S.W.2d 203, 211 (Tex. 1996).  If BSWH can show any proof that McCullough held himself out as being affiliated with Baylor, he was justified in doing so based on his continuing privileges at Baylor's medical facilities and Baylor's own advertising of him on its website.

25.  McCullough has established his affirmative defenses to BSWH's claims of justification and communications on a matter of public interest in the exercise of his freedom of speech and the right to freely associate guaranteed under the U.S. and Texas Constitutions.

26.  Further, these same facts also support an additional affirmative defense of McCullough, BSWH's unclean hands, by continuing to advertise him as an affiliate of Baylor on its own website for nearly 4½ months after the separation agreement was executed.  A party with unclean hands is not entitled to equitable relief.  See, *Owens-Illinois v. Webb,* 809 S.W.2d 899, 902 (Tex.App.-Texarkana 1991, writ dism'd woj); *Landry's Seafood Inn & Oyster Bar-Kemah, Inc.*, 919 SW 2d 924, 927 (Tex App.-Houston (14th Dist.) 1996) (delay in bringing declaratory action after default in lease constituted unclean hands justifying denial of temporary injunction).  Under these circumstances, Baylor's legal action to enforce the terms of the settlement agreement is both

---

[10] On the day Baylor filed this action v. McCullough, it issued a press release that it was requiring mandatory Covid-19 vaccinations for its workforce.  Clark declaration, attaching DMN news article as exhibit 6

unconscionable and unclean.  Baylor is barred from proceeding with this litigation under the unclean hands defense, since "he who seeks equity, must do equity."

## V.
## Conclusion

For all of the foregoing reasons, the Court, upon hearing, should dismiss BSWH's Claims against McCullough pursuant to the TCPA, award him his reasonable attorneys' fees and expenses incurred in defending this matter, and award sanctions against BSWH which the Court deems appropriate to deter similar conduct by Baylor against other former medical professionals in the future.

Respectfully submitted,



By:  _____

Steven E. Clark
SBN. 04294800
Email: sclark@dfwlaborlaw.com

Matthew J. Altick
SBN 24113528
Email: maltick@dfwlaborlaw.com

CLARK FIRM PLLC
5445 La Sierra Drive
Suite 415
Dallas, Texas 75231
Tel.: 214-890-4066
Fax: 214-890-4013
EFax: 214-853-5458

ATTORNEYS FOR DEFENDANT
PETER A. McCULLOUGH, M.D.

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 5, 2021, I sent an email to Jennifer Richards, to ascertain whether they opposed to the relief requested. Plaintiff's counsel has not responded at the time of filing this motion.

_____
Steven E. Clark

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on Plaintiff's counsel via email and efile on this 5th day of August 2021 at the email addresses below:

Jennifer Salim Richards
James M. Stanton
Jose Portela
Stanton LLP
1717 Main St., Suite 3800
Dallas, TX 75201
**Counsel for Plaintiff**

_____
Steven E. Clark

CAUSE NO. DC-21-09699

| | | |
|---|---|---|
| **BAYLOR SCOTT & WHITE HEALTH** | § | **IN THE DISTRICT COURT OF** |
| **and HEALTHTEXAS PROVIDER** | § | |
| **NETWORK,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **DALLAS COUNTY, TEXAS** |
| **v.** | § | |
| | § | |
| **PETER A. MCCULLOUGH, M.D.,** | § | |
| | § | |
| **Defendant.** | § | **191st JUDICIAL DISTRICT** |

## DECLARATION OF STEVEN E. CLARK

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

I, Steven E. Clark, declare as follows:

1. My name is Steven E. Clark.  I am over the age of twenty-one years, and capable of making this declaration.  The facts and statements made herein are within my personal knowledge and are true and correct.

2. I am an attorney licensed to practice law in the State of Texas.  I was retained by Defendant Peter A. McCullough to represent him in this matter. I submit this declaration in support of Defendant's Motion to Dismiss pursuant to the Texas Citizen's Participation Act ("TCPA").

3. In my capacity as counsel for McCullough, I was able to obtain a screenshot of Plaintiff's website as of July 5, 2021, which shows McCullough's picture, credentials and affiliation with Baylor.  A true and correct copy is attached as exhibit 1, and incorporated herein by reference.

4. My associate, Matt Altick, who is assisting me on this matter, received a signed written statement from Sharla Winters, RN, BSN dated July 30, 2021, which indicates that McCullough has not personally held himself out as being affiliated with Baylor in written, video or social media.  A true and correct copy is attached as exhibit 2, and incorporated herein by reference.

5. Attached hereto as exhibit 3 is a true and correct copy of an article published on the worldwide web, entitled *The Perilous Censoring of Dr. Peter McCullough*, Starkman www.starkmanapproved.com, (Aug. 1, 2021).

6. Attached hereto as exhibit 4 is a true and correct copy of the transcript from Dr. McCullough's appearance on the Stew Peters show where he corrected him about his affiliation with BSWH which the editors cut out.

7. Attached hereto as exhibit 5 is a true and correct copy of the article entitled *Health Freedom Defense Fund Stands By Dr. Peter McCullough*, https://healthfreedomdefense.org (Aug. 1, 2021) from the worldwide web.

8. Attached as exhibit 6 is a true and correct copy of the news article from the Dallas Morning News about the filing of Baylor's lawsuit.

9. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing facts and statements in this Declaration are true and correct.

Executed this 5th day of August, 2021.

_____

Steven E. Clark



Peter A McCullough, MD

Cardiovascular Disease

☎ 214.841.2000

SHARE | PRINT

◎ Accepts New Patients
MyBSWHealth portal ⓘ

CALL TO SCHEDULE

| LOCATION | ABOUT | BACKGROUND | REVIEWS |



Location

*Sharla Winters, RN, BSN*
*PO Box 1687, Allen, TX 75013, swinters3@yahoo.com*

July 30, 2021

Mr. Matthew Altick, JD
Attorney at Law
5445 La Sierra Drive
Suite 415
Dallas, Texas 75231

Dear Mr. Altick,

I am a registered nurse and research ethicist in Texas. I have been following Dr. Peter McCullough closely and have never seen him use verbal or written words to falsely represent himself or any Baylor Scott and White Health owned entity over the course of the pandemic.

I understand that producers and websites may pull legacy banners and titles from previous positions held, but that in no instance indicated that his views were representing Baylor Scott and White.

Dr. McCullough is an internist, cardiologist, epidemiologist, and Professor of Medicine.  He maintains ABIM certification in internal medicine and cardiovascular diseases.  He practices both internal medicine including the management of common infectious diseases as well as the cardiovascular complications of both the viral infection and the injuries developing after the COVID-19 vaccine in Dallas, TX.

Since the outset of the pandemic, Dr. McCullough has been a leader in the medical response to the COVID-19 disaster and has published "Pathophysiological Basis and Rationale for Early Outpatient Treatment of SARS-CoV-2 (COVID-19) Infection" the first synthesis of sequenced multidrug treatment of ambulatory patients infected with SARS-CoV-2 in the *American Journal of Medicine* and subsequently updated in *Reviews in Cardiovascular Medicine*.  He has 46 peer-reviewed publications on the infection and has commented extensively on the medical response to the COVID-19 crisis in *The Hill and on FOX NEWS Channel*.  On November 19, 2020, Dr. McCullough testified in the US Senate Committee on Homeland Security and Governmental Affairs and throughout 2021 in the Texas Senate Committee on Health and Human Services, Colorado General Assembly, and New Hampshire Senate concerning many aspects of the pandemic response.  Dr. McCullough has had one full-year of dedicated academic and clinical efforts in combating the SARS-CoV-2 virus and in doing so, has reviewed thousands of reports, participated in scientific congresses, group discussions, press releases, and has been considered among the world's experts on COVID-19.

The public greatly benefits from physicians like Dr. McCullough who provide their expert opinion on up-to-date, relevant, sensical and ethically sound information as it unfolds.  Free speech and scientific discourse are of utmost importance during this crisis.  Dr. McCullough is among the most prominent and published sources of correct scientific information on SARS-CoV-2 in the world.  In no instance has he disseminated "misinformation" on the pandemic.

*Sharla Winters, RN, BSN*
*PO Box 1687, Allen, TX 75013, swinters3@yahoo.com*

Here are Dr. McCullough's current credentials:
Peter A. McCullough, MD, MPH, FACC, FACP, FAHA, FASN, FNKF, FNLA, FCRSA
Professor of Medicine, Texas Christian University and the University of North Texas Health Sciences
Center School of Medicine, Dallas TX USA
President, Cardiorenal Society of America
Editor-in-Chief, *Cardiorenal Medicine*
Editor-in-Chief, *Reviews in Cardiovascular Medicine*
Senior Associate Editor, *American Journal of Cardiology*
Tagline:  https://americaoutloud.com/the-mccullough-report/

Dr. McCullough has been a lifeline during these difficult and unchartered waters.  I fully support Dr. McCullough and his views and felt compelled to write in support of him against the baseless lawsuit being brought against him.

Respectfully,

Sharla Winters, RN, BSN

cc: Dr. Peter McCullough, MD, MPH, FACC, FACP, FAHA, FASN, FNKF, FNLA, FCRSA

nater
P. Box 1687
Allen, Tx 75013

NORTH TEXAS TX 750
30 JUL 2021 PM 8 L

Mr. Matthew Altick, JD
Attorney at Law
5445 La Sierra Drive
Suite 415
Dallas, TX 75231

75231-410215


FOREVER
000510730162308
USA

EXHIBIT 3

---

## The Perilous Censoring of Dr. Peter McCullough

---

August 1, 2021 — MEDIA, MEDICAL, PEOPLE, POLITICS

Back in 1633 there was a guy named Galileo Galilei who was deemed a nut job by the Catholic Church because of his heretical belief the Earth revolved around the sun. Galileo was sentenced to house arrest and ordered never again to teach his heresy. Centuries later the Church apologized, and Albert Einstein declared Galileo, "the father of modern science."

In 1846 a Hungarian doctor named Ignaz Semmelweis was fired and declared a nut job for his preposterous advocation that hand washing was one of the most important tools in public health, particularly for surgeons. Semmelweis took so much abuse from the medical establishment that he wound up in an asylum.

In the early 40s a cardiologist named Bernard Lown was expelled from Johns Hopkins School of Medicine because he protested medical segregation by altering blood-bottle labels that denoted donors' race. Decades later Lown invented the defibrillator, which has saved countless lives. In 1973, he founded The Lown Institute, a think tank focused on ground-breaking research to improve the quality of U.S. healthcare.

 Screenshot from PBS Galileo Special

Some of the greatest minds since the world was flat were scientists and doctors persecuted and shunned because they saw or interpreted things differently. That's why they are heralded as visionaries. Widely held beliefs often are proven wrong, and on Wall Street the rare few with 20/20 vision profit handsomely. The CEO of Enron graced the covers of business magazines and was heralded by the folks at McKinsey as a business genius until a trader who specialized betting against conventional wisdom studied the company's regulatory filings and determined it was a fraud. Harry

Markopolos, a financial analyst repeatedly warned the SEC that famed investor Bernie Madoff was running a Ponzi scheme, but he too was deemed a nut job.

Jeff Bezos at the turn of the century was uniformly doubted by analysts and the media who said Amazon could never be profitable. Investors who ignored the naysayers likely aren't reading this commentary.

Dr. Peter McCullough, a cardiologist who prior to Covid was among the most respected in his field, is a modern-day doctor who the medical establishment, the government, and the media want silenced. His views are very controversial, and I don't have the scientific or medical expertise to evaluate them. But I know quite a bit about one of the hospitals where McCullough trained and one of the cardiologists who trained him.

His name is Joel Kahn, and he was a public champion of my critical reporting about Michigan's Beaumont Health when it wasn't yet widely known how extensive cost-cutting had irreparably harmed the company's flagship hospital. McCullough did his fellowship under Kahn when they both worked at Beaumont. Kahn, who has a considerable national following promoting the merits of a plant-based diet and other heart-healthy lifestyle measures, has supported and advocated McCullough's views. LinkedIn has censored several of Kahn's posts highlighting what he says are alarmingly high deaths and other serious complications from COVID vaccines. Kahn admirably doesn't delete highly critical comments on posts that escape LinkedIn's censors, including personal attacks calling him a "quack" and advocating the hashtag #canceljoelkahn.



McCullough and Kahn have put themselves at great financial and professional risk. McCullough's previous employer, a hospital whose foundation established a scholarship in his name, last week sued him for more than $1 million, alleging that McCullough has repeatedly misrepresented to the media he still works there and that it has been harmed by the association. McCullough's lawyer issued a statement saying the lawsuit was a "politically motivated attempt to silence Dr. McCullough." The Federation of State Licensing Boards last week issued a warning that physicians who post COVID misinformation on social media could lose their medical licenses, so more punishment could be in the offing.

It's understandable why McCullough's former employer, which filed its lawsuit on the same day it announced it was requiring all its employees to be vaccinated, no longer wants anything to do with him. McCullough maintains the COVID vaccine doesn't protect against the Delta variant and isn't necessary for people under age 50. He's also very critical of health authorities for focusing on how best to stop the spread of COVID rather than how best to treat it. A rebuttal to some of McCullough's positions can be found here.

The corporate media, which is so sycophantic to the Biden Administration that CNN anchor Brian Stelter shamelessly asked press secretary Jen Psaki how reporters could do a better job covering the president, has its own agenda wanting McCullough destroyed. The corporate media is fueling the narrative that the unvaccinated are moronic Trump supporters who watch FOX news, when in fact a significant percentage are Blacks and Hispanics. McCullough has made regular appearances on FOX, including on Tucker Carlson and Laura Ingraham, so discrediting McCullough serves the double purpose of also discrediting FOX, which attracts a considerably bigger audience than the other cable networks.


Joel Kahn

On paper at least, it's hard to dismiss McCullough as a quack. According to a bio posted on the US Cardiology Review, he is recognized internationally as a leading authority on chronic kidney disease as a cardiovascular risk state, having published more than 1,000 papers and garnered more than 500 citations in the National Library of Medicine. He also is a founder of the Cardio Renal Society of America, an alliance of cardiologists and nephrologists focused on cardiorenal syndromes. He was previously co-editor of Reviews in Cardiovascular Medicine and served as Chair of the National Kidney Foundations' Kidney Early Evaluation Program, among the largest screening efforts for chronic diseases. Notably, McCullough was a significant philanthropic donor to his former employer. (I wonder whether the hospital will return those funds.)

Kahn has previously sounded alarms that proved prescient. In 2019, he posted a commentary on Medium predicting that interventional cardiologists wouldn't curtail their lucrative stent procedures despite a massive study documenting they weren't beneficial for patients who were stable. The influential Journal of the American Medicine two

weeks ago published a paper confirming Kahn's prediction was spot on. Inserting stents are among the most profitable hospital procedures.

My familiarity with Kahn began a year ago last April when I began writing a series of very critical stories for Deadline Detroit about Beaumont and its management, particularly CEO John Fox. Underscoring the degree Beaumont doctors feared Fox, most were afraid to sign a petition protesting his leadership. However, when given the opportunity to respond to an anonymous survey, it was revealed that a majority of doctors had little confidence in Fox and his deputies, particularly those working at the company's once nationally respected flagship hospital.

Kahn showed courage. Despite having an affiliation with Beaumont, he tweeted my articles and linked to them on social media, giving them a certain validity. Deadline Detroit, an independent online publication, wasn't known for healthcare reporting and many local residents were suspicious of my reporting because other local outlets ignored it. Kahn's support allowed my articles to gain traction and without it I'm not sure they would have achieved impact or recognition. I ultimately garnered an award for my coverage.

Courage possibly is in the DNA of Beaumont's once nationally respected cardiology department. One Harvard-trained cardiologist sent multiple letters to Beaumont's directors and trustees calling for Fox's firing and pretty much called him a liar. The co-heads of the cardiology department wrote a letter to the chair of the hospital network warning him they had "serious concerns" about the company Beaumont was outsourcing its anesthesia services to. The warnings weren't heeded and within three weeks of the outsourcing company taking over, a patient undergoing a routine colonoscopy died from intubation complications and another landed in the ICU because of a pain medication overdose. The outsourcing company, NorthStar Anesthesia, is owned by a holding company whose previous CEO was Jeffrey Zients, who is overseeing the president's pandemic response.

John Fox

McCullough, Kahn, and other physicians who are increasingly sticking their necks out and daring to challenge the CDC's COVID and vaccination data, may all be badly mistaken. However, what history abundantly teaches is that censorship, however noble the original motivation, is never isolated to the original cause. Some governments have already used their "fake news" laws to combat vaccine misinformation for other political purposes.

The U.S. healthcare system is compromised and conflicted, and most doctors today are employees of healthcare networks or companies controlled by private equity. There are some physicians willing to speak out about how the corporatization of healthcare is harming patient safety while driving up prices. Rest assured, if McCullough and Kahn are silenced, so will others whose views the government and medical establishment doesn't like. The corporate media can be counted on to abet the efforts or turn a blind eye to them, much like they did with my Beaumont reporting.

I, too, have experienced personal and unfounded attacks from powerful healthcare executives.  Beaumont's CEO called me a "psycho," a "mudslinging machine," and alleged that I had secret Russian connections. (My response can be found here.) Fox, who has made more than $20 million since being named CEO in 2016 and stands to make tens of millions more if he can successfully merge Beaumont into Spectrum Health, is representative of many MBA suits running U.S. hospitals.

The Biden Administration, the CDC, and Dr. Fauci don't have the pandemic under control. The real issue isn't contrarian doctors like McCollough and Kahn, but America's very poor leadership and the corporate media's failure to hold the president accountable. Biden promised to end COVID and for those with short memories, here was his plan.

EXHIBIT 4

Stew Peters  0:02

You may know Dr. Peter McCullough, you may know the name from the Hill or from Fox News. You might know him from here. He appeared on this program recently and he's being sued now. That's all about messaging; messaging is very important. Fear has been involved with the messaging around the control of virus since inception since it was leaked from the lab in Wuhan, when we were all being called conspiracy theorists for saying so but fear is what makes people put masks over their faces. Keep six feet away from people that they love, shut down their local business, put a mask on the face of their children for 10 hours a day while they're at school, even outdoors. I mean, fear is what's pushing people to do things that they would never normally dream of doing. And now there's a whole new kind of fear and it's the fear of being an expert, and then being targeted for not conforming to these draconian lockdowns for telling people about the risks of masking or being hesitant to subjecting themselves to a shot of Only God knows what will land these experts on a list of disruptors, the disinformation dozen purveyors of misinformation, there'll be recognized as the land's most dangerous people.

Stew Peters 1:03

Dr. Peter McCullough appeared on this program recently, and as a result of that appearance, he's being sued by Baylor Scott and White health system. He's being sued because on the screen down here, it said that Dr. Peter McCullough was the vice chair of medicine at Baylor that was on the screen while he warned Americans about the dangers associated with these inoculations being falsely referred to as vaccines. That was information that our producers pulled from a public set of results after searching for Dr. McCullough's History prior to his appearance on the show. That is what journalists do.

Stew Peters 1:37

Who is this guy? Why should he be listened to? Why should? Why should I listen to him while he's opining on this stuff? That is what we do. I went to introduce Dr. McCullough using that publicly available information and he corrected me he stopped me we had to start over. But the producers overlooked the screen. Now he's being sued.

Stew Peters 1:59

Dr. McCullough is an internist a cardiologist, epidemiologist and professor of medicine at Texas A&M College in Dallas, Texas. He maintains ABIM certification in internal medicine and cardiovascular diseases. He practices both internal medicine including the management of common infectious diseases, as well as the cardiovascular complications of both the viral infection itself and the injuries developing after the COVID-19 shot being falsely referred to as a vaccine.

Stew Peters 2:27

Since the outset of the plandemic, Dr. McCullough has been a leader in the medical response to the COVID-19 disaster, and has published pathophysiological basis and rationale for early outpatient treatment of SARS, COVI-2, COVID-19 infection. That was the first synthesis of sequenced multi drug treatment of ambulatory patients infected with SARS COVI-2 in the American Journal of Medicine and subsequently updated and reviews and cardiovascular medicine. He has 46 peer reviewed publications on the infection, and has commented extensively on the medical response to the crisis in the Hill and on the Fox News channel.

Stew Peters 3:07

Now, Dr. McCullough signed a Separation Agreement with Baylor around February 4, 2021. And he has abided by it and has never claimed any prior positions or employment with Baylor Scott and White Health System. We made an error and as a result of our error by using publicly discoverable information, he is being sued. He works in a private practice nonetheless, within the same Baylor University Medical Center, and he cares by the way for the same patients in the same hospital with full privileges, but that should not matter. Baylor Scott and White kept him up on their website until mid July creating a whole bunch of confusion with hundreds of media personnel, including me.

Stew Peters 3:50

They announced the lawsuit. The day they announced the ill advised COVID-19 mandatory vaccination program for their 40,000 employees, many of which whom do not want this shot. Now, before serving a legal complaint on Dr. McCullough, Baylor Scott and White released a memo to the press that they would be suing him. Why would they do that?

Stew Peters 4:16

Because it's nothing less than an attack on Dr. McCullough's character meant to discredit Dr. McCullough and save face for the globalists at Baylor and the people who fund them and nothing less. That is disgusting. Dr. McCullough's record and accomplishments speak for themselves. He's one of the only honest doctors with big enough balls to come forward with bravery and warn the public to stay out of the way of what appears to be one of the most deadly rollouts of a so called vaccine in world history.

Stew Peters 4:48

As one of America's leading physicians on the early treatment of COVID-19, his protocols and scientific works are relied upon to help millions around the globe. Along with half of Americans Dr. McCullough has appropriate concerns over COVID-19 shot safety and efficacy. Dr. McCullough is a prominent graduate of Baylor University, with an endowed scholarship in his name. He is commonly associated as a point of pride for Baylor. The Baylor Scott and White Health System Foundation has been appreciative of Dr. McCullough's generosity over the years as a major philanthropy donor to the system.

Stew Peters 5:28

And a current active member of medical staff for both Baylor University Medical Center and Baylor Heart and Vascular hospital with his office on campus, Dr. McCullough is associated on public internet platforms and groups with countless links and mentions to Baylor Scott and White Health System. We are real sorry for making that misappropriation and putting that little thing right here on the screen.

Stew Peters 5:50

As the national crisis has drawn on the world, Dr. McCullough has been heavily relied upon in the media for his scientific interpretation of the data and his accurate assessment of the situation. Dr. McCullough has not falsely represented himself as a spokesperson for Baylor Scott and White. Nor has he publicly claimed past senior leadership roles at any prior institution with more than 800,000 3rd party internet profiles, and 16 million hits in Google.

Stew Peters 6:20

Dr. McCullough's views have always been represented as his own and not those of any organization. Many fellow physicians, nursing staff, and most importantly, patients are outraged and rightfully so, over Baylor Scott and White's attempt to damage McCullough's reputation and censor his important views to America and the world. During this time of crisis, free speech and scientific discourse are the bedrock of progress in medicine. And Baylor Scott and White's ill advised lawsuit is an attack on civil liberties with serious implications on public health and policy far beyond the lawsuit.

Stew Peters 7:00

Now, if you feel like you'd like to send your opinion to those involved with this political targeting of Dr. McCullough, I am providing a list, a key email list of Baylor Scott and White leaders and their antagonistic external counsel at StewPeters.tv, go to StewPeters.tv right now and that email list is available. We'll be back right after this.

Unofficial Transcript by Monique Selby. Last accessed August 4, 2021

4840-0517-5284, v. 1

EXHIBIT 5



**Health Freedom Defense Fund (HFDF)** seeks to rectify health injustice through education, advocacy and legal challenges to unjust mandates, laws and policies that undermine our health freedoms and human rights.

We are working around the clock to implement a strategy to remove the unethical and unlawful mask, testing, and vaccine



**BAYLOR SCOTT & WHITE HEALTH**

# System sues vaccine skeptic

## Doctor says it's bid to silence him for his COVID-19 views



**Baylor Scott & White Health** says Dr. Peter McCullough continues claiming affiliation with the system. His attorney says third parties are to blame. (Baylor Scott & White Health)

By KEVIN KRAUSE
Staff Writer
kkrause@dallasnews.com

Dr. Peter McCullough has had no shortage of opportunities to discuss his controversial views about COVID-19 vaccines on television and the internet.

Contrary to medical consensus, the Dallas physician has stated that people under age 50 with no health risks do not need the COVID-19 vaccine, according to court records. And he said this month on a Fox News show hosted by Laura Ingraham that the vaccines don't protect against the delta variant and there's "no clinical reason to go get vaccinated."

His former employer, Baylor Scott & White Health, says it has no problem with McCullough expressing his views.

But the health care giant says it wants him to stop claiming to be affiliated with the system.

Baylor sued McCullough on Wednesday in Dallas County district court, alleging he continues to use his former Baylor titles, including vice chief of internal medicine at Baylor University Medical Center, in violation of a February separation agreement.

Clinton Mikel, an attorney for McCullough, said in a statement Thursday that his client is limited by what he can say due to the settlement agreement. Mikel called the lawsuit frivolous and a "politically motivated attempt to silence Dr. McCullough."

Since signing the settlement agreement, McCullough has never stated that he is employed by or affiliated with Baylor, according to his attorney. But media entities continue to cite his client's former Baylor titles despite McCullough's customary practice of informing producers that he no longer works there, Mikel said.

"Every single instance referenced by Baylor is something said/printed by a third party with no encouragement from Dr. McCullough," he said in the statement. "Dr. McCullough does not and cannot control third parties."

McCullough, 58, and Baylor negotiated the confidential agreement in which the doctor agreed to no longer state that he is employed by or affiliated with Baylor or any of its related entities, according to the lawsuit.

Baylor says in its lawsuit that the doctor has breached that "key" term of the Feb. 24 agreement "dozens if not hundreds of times since then" in media interviews, online biographies and elsewhere.

"As a result, pervasive online postings and comments on Twitter and elsewhere wrongly associate McCullough with Plaintiffs to this day," the breach of contract lawsuit says.

McCullough's "improper use of titles and claimed affiliations," the lawsuit says, have confused the media, the medical community and the public.

"Plaintiffs do not seek to silence McCullough," the lawsuit says. "But his opinions are his and his alone."

## Seeking injunction

Baylor, the largest nonprofit hospital system in Texas, is seeking over $1 million as well as an injunction preventing McCullough from "further misuse of titles and claimed affiliations," court records show.

Baylor filed the lawsuit on the same day it announced it was requiring all of its employees to be vaccinated against COVID-19 as surges in the delta variant raise health risks nationwide. Baylor has 40,386 full-time employees in North and Central Texas, and workers must be fully vaccinated by Oct. 1. The company said about 71% of employees have been vaccinated.

The lawsuit does not say why McCullough, a cardiovascular disease specialist, left Baylor.

Baylor Scott & White Health said in a written statement that McCullough's views don't represent those of the health care provider.

"The lawsuit was filed to enforce this separation and avoid public confusion," the statement said. "We take very seriously our responsibility to be a trusted source of medical information in the communities we serve."

Baylor says that since McCullough left the system, he has given interviews in print and on video in "television shows, podcasts, published videotaped presentations, and other recordings" and has been published in journals. In these recordings and publications, McCullough is mentioned as being affiliated with Baylor, the lawsuit says.

Because of this, Baylor has received inquiries about "McCullough's employment and affiliation status" from journalists and medical professionals, including "some at the most renowned healthcare institutions in the country," according to the lawsuit.

## Separation agreement

The company says in the lawsuit that the purpose of the separation agreement was to avoid such confusion and questions about whether Baylor supports McCullough's opinions. Baylor says the confusion will likely cause it "irreparable reputational and business harm."

"This is particularly true in the middle of a global pandemic," the lawsuit says.

Most of McCullough's media interviews in question relate to his opinions about the COVID-19 vaccines, the lawsuit states.

Baylor says in the lawsuit that its medical experts have carefully studied available data and recommend that everyone who is eligible for the vaccines receive them in accordance with Centers for Disease Control and Prevention guidelines.

The lawsuit includes screen grabs of tweets attributing to McCullough the false claim that COVID-19 vaccines have killed up to 50,000 Americans. The physician also has been criticized for some of his other views on COVID-19 treatments.

Several doctors with the Texas chapter of nonprofit Doctors for America said in a letter published in December in *The Dallas Morning News* that McCullough gave "baseless, misleading commentary" promoting the use of hydroxychloroquine as "an early outpatient treatment for patients with COVID-19." Studies have shown that use of the drug has been linked to "higher rates of harm," the doctors wrote.

Baylor says in its motion for a restraining order that it's unclear whether patients are avoiding the hospital due to the "false affiliations." But the "online deluge of stories and comments" as well as numerous inquiries about McCullough's employment show that Baylor faces the likelihood of business and "reputational harm," the lawsuit says.

"This is not a free speech issue or stifling of dissent," the lawsuit says. "McCullough can offer his opinions to whomever he wishes, but he cannot do so while claiming current affiliation with Plaintiffs. He bargained away that ability in the Separation Agreement."

Mikel said Baylor made no attempts to reach his client to try to resolve the matter before filing the lawsuit. And he said his client intends to "vigorously defend" himself against the lawsuit.

Also listed as a plaintiff is HealthTexas Provider Network, a member of Baylor's health care system.

*Twitter: @KevinRKrause*

CAUSE NO. DC-21-09699

| | | |
|---|---|---|
| **BSWH/HTPN SCOTT & WHITE** | § | **IN THE DISTRICT COURT OF** |
| **HEALTH and HEALTHTEXAS** | § | |
| **PROVIDER NETWORK,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **DALLAS COUNTY, TEXAS** |
| **v.** | § | |
| | § | |
| **PETER A. MCCULLOUGH, M.D.,** | § | |
| | § | |
| **Defendant.** | § | **191st JUDICIAL DISTRICT** |

## DECLARATION OF PETER A. McCULLOUGH, M.D.

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

I, Peter A. McCullough, declare as follows:

1. My name is Peter A. McCullough.  I am over the age of twenty-one years, and capable of making this declaration.  The facts and statements made herein are within my personal knowledge and are true and correct.

2. I am a licensed doctor in the State of Texas.  Attached as exhibit A is my current CV.

3. I was formerly employed by Plaintiffs ("BSWH/HTPN"), who in my opinion decided to end my employment with them in February, 2021, due to my expressed opinions regarding Covid-19 in testimony before the U.S. Senate, my efficacious treatment of Covid-19 patients, and for other inappropriate reasons.  Even though my employment was terminated, I still retained full medical staff privileges at two of BSWH/HTPN's facilities, and have continued to treat patients there. Also, shortly after my Settlement Agreement, BSWH/HTPN was aware that I had joined a private cardiology practice that had offices on BSWH/HTPN's campus in the Heart Institute medical office building.

4. I signed a Settlement Agreement with BSWH/HTPN in which BSWH/HTPN agreed to pay me for unpaid earned bonuses from prior pay periods in exchange for my agreement not to sue BSWH/HTPN for various meritorious state and federal claims related to my termination. That Settlement Agreement incidentally included a standard provision requesting that I not hold myself out as currently being employed by or affiliated with BSWH/HTPN in any written, visual, or social media coverage.  I have honored this agreement, and have not held myself out in any media as being currently employed by or affiliated with BSWH/HTPN, even though I continue to have full medical staff privileges at several of their facilities, treat patients at several of their facilities, have an office on one of their campuses, and, until recently, had a professorship at Texas A&M's BSWH/HTPN campus location.

5. On the worldwide Web, there are an estimated 800,000 websites maintained by third parties other than me which historically reference me as having some capacity or affiliation with BSWH/HTPN, and there are approximately 16 million hits for those websites. See *Health Freedom Defense Fund Stands By Dr. Peter McCullough*, https://healthfreedomdefense.org (Aug. 1, 2021), attached herein as exhibit B. One of those websites was BSWH/HTPN's, which as recently as July 5, 2021, listed my picture, credentials, and affiliation with BSWH/HTPN. See exhibit C, a true and correct copy of the BSWH/HTPN website as of July 5, 2021.

6. I have submitted disclaimers in the media since my termination by BSWH/HTPN that any opinions I express are my own and not that of any organization. True and correct examples of screenshots taken from video appearances and my Twitter account are attached as exhibits D, E and F.

7. I consider BSWH/HTPN's lawsuit against me as being motivated by my expressed views on the Covid-19 pandemic, the efficacy of vaccinations for Covid-19, and available treatment for Covid-19 patients to avoid hospitalization and death. The lawsuit was filed on the very same day that BSWH/HTPN issued a press release announcing mandatory vaccinations for its entire workforce. I do not consider the timing of the lawsuit with this announcement to be merely coincidental on BSWH/HTPN's part.

8. I have reviewed BSWH/HTPN's petition filed against me, including the references and screenshots of media appearances by me. Any reference to my affiliation with BSWH/HTPN has been done by third parties involved with those media organizations, not by me. The Petition is devoid of evidence showing that any references to me having continuing affiliation with BSWH/HTPN were done by me, as opposed to the media, nor do I see any evidence from BSWH/HTPN that it has suffered any damage due to the public's confusion over me being formerly employed by BSWH/HTPN. In fact, my continuing privileges at their facilities and my current office still being located within the BSWH/HTPN campus, the numerous historical website references to me as being part of BSWH/HTPN, as well as BSWH/HTPN's own depiction of me on their own website are the source of any alleged confusion on the part of the public or media.

9. Apparently, a substantial number of BSWH/HTPN colleagues, as well as media have viewed BSWH/HTPN's litigation against me to be an attempt to silence my views to the media on Covid-19, which both they and I view as political censorship. An example is the article, *The Perilous Censoring of Dr. Peter McCullough*, Starkman www.starkmanapproved.com, (Aug. 1, 2021).

10. Attached as exhibit G is a true and correct copy of the transcript from a recent Stew Peters show. In the Stew Peters show transcript, Mr. Peters recalls how I corrected him about my status with BSWH/HTPN, which was apparently edited and cut by the editors of that show. Further, Mr. Peters states that, despite my correction of him, the chyron beneath my interview that incorrectly listed me as being affiliated with BSWH/HTPN was NOT from information I provided him. Rather, he states it was from information that his staff obtained by Googling my name.

11. Bolstering this, attached as exhibit H is a true and correct copy of an email I had sent to Stew Peters wherein I accurately portrayed my biography (without reference to being employed by or affiliated with BSWH/HTPN).

12. In summary, I have not used verbal or written words in the media to falsely represent myself as being a current or former employee of BSWH/HTPN since entering into the Settlement Agreement.

13. Because of the BSWH/HTPN litigation, I was forced to involve my counsel, Clinton Mikel and the Health Law Partners, PC, and to retain Steven E Clark and Matthew J. Altick as litigation counsel to defend myself in these proceedings.  I have agreed to pay their attorneys fees and expenses, for which I seek reimbursement from BSWH/HTPN, as well as remaining payments owed to me under the terms of the Settlement Agreement.

Further affiant sayeth not.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing facts and statements in this Declaration are true and correct.

Executed this 5th day of August, 2021.

/s/ Peter A. McCullough, M.D.
Peter A. McCullough, M.D., Defendant

Peter A. McCullough, MD, MPH, FACC, FACP, FAHA, FASN, FNKF, FNLA, FCRSA
Professor of Medicine, Texas A & M College of Medicine, Baylor Dallas Campus
President, Cardiorenal Society of America
Editor-in-Chief, *Cardiorenal Medicine*
Editor-in-Chief, *Reviews in Cardiovascular Medicine*
Senior Associate Editor, *American Journal of Cardiology*
Tagline: https://americaoutloud.com/the-mccullough-report/


        Dr. McCullough is an internist, cardiologist, epidemiologist, and Professor of Medicine at Texas A & M College of Medicine, Dallas, TX USA.  He maintains ABIM certification in internal medicine and cardiovascular diseases.  He practices both internal medicine including the management of common infectious diseases as well as the cardiovascular complications of both the viral infection and the injuries developing after the COVID-19 vaccine.  Since the outset of the pandemic, Dr. McCullough has been a leader in the medical response to the COVID-19 disaster and has published "Pathophysiological Basis and Rationale for Early Outpatient Treatment of SARS-CoV-2 (COVID-19) Infection" the first synthesis of sequenced multidrug treatment of ambulatory patients infected with SARS-CoV-2 in the *American Journal of Medicine* and subsequently updated in *Reviews in Cardiovascular Medicine*.  He has 46 peer-reviewed publications on the infection and has commented extensively on the medical response to the COVID-19 crisis in *TheHill and on FOX NEWS Channel*.  On November 19, 2020, Dr. McCullough testified in the US Senate Committee on Homeland Security and Governmental Affairs and throughout 2021 in the Texas Senate Committee on Health and Human Services, Colorado General Assembly, and New Hampshire Senate concerning many aspects of the pandemic response.  Dr. McCullough has had one full-year of dedicated academic and clinical efforts in combating the SARS-CoV-2 virus and in doing so, has reviewed thousands of reports, participated in scientific congresses, group discussions, press releases, and has been considered among the world's experts on COVID-19.

EXHIBIT B

HEALTH FREEDOM
DEFENSE FUND

Home    Resources    News    Subscribe    Contact Us    Become a Member    **Donate**

# HEALTH FREEDOM
## DEFENSE FUND

**Health Freedom Defense Fund (HFDF)** seeks to rectify health injustice through education, advocacy and legal challenges to unjust mandates, laws and policies that undermine our health freedoms and human rights.



INTERNET ARCHIVE
WayBackMachine

https://www.bswhealth.com/physician/peter-mccullough

Go

MAY | JUL | AUG
◀ 05 ▶
2020 | 2021 | 2022

13 captures
30 Sep 2020 - 31 Jul 2021

About this capture

Refer a Patient    Medical Education    Careers    Give

Baylor Scott & White
HEALTH

LOG IN TO MYBSWHEALTH

## Peter A McCullough, MD

SHARE | PRINT

Cardiovascular Disease

☉ Accepts New Patients
MyBSWHealth portal ⓘ

☎ 214.841.2000

CALL TO SCHEDULE

LOCATION        ABOUT        BACKGROUND        REVIEWS



## Location

EXHIBIT D



den Bossche & Peter
gh Webinar: Presentation by
Cullough



Peter A. McCullough, MD, MPH 🔒 (@McCulloughBHVH)



## ← Peter A. McCullough, MD, MPH 🔒
44 Tweets

🔍 Search Twitter



**Peter A. McCullough, MD, MPH** 🔒
@McCulloughBHVH

Internal Medicine, Cardiology, heartplace.com, opinions his only

📍 Dallas, TX   🔗 heartplace.com   📅 Joined January 2018

**6** Following   **420** Followers

### These Tweets are protected

Only approved followers can see @McCulloughBHVH's Tweets. To request access, click Follow. Learn more



**You might like**

**Jim Day** ✓
@JimDayTV

**MLB** ✓
@MLB

**Sportsnet** ✓
@Sportsnet

Show more

**What's happening**

Tokyo 2020 · 2 hours ago
**Simone Biles was applaude the world after she came b win a bronze medal**

**#GoGetIt**
Go Anywhere. Get Anything.
Promoted by Uber

Sports · Trending
**Joe Judge**
Trending with Logan Ryan, Danie

Baseball · Trending
**Gerrit Cole**
2,207 Tweets

COVID-19 · LIVE
**COVID-19: News and updat Texas**

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twit

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

Tweet

Steven E Clark
@sclark53

**Messages**

Stew Peters  0:02

You may know Dr. Peter McCullough, you may know the name from the Hill or from Fox News. You might know him from here. He appeared on this program recently and he's being sued now. That's all about messaging; messaging is very important. Fear has been involved with the messaging around the control of virus since inception since it was leaked from the lab in Wuhan, when we were all being called conspiracy theorists for saying so but fear is what makes people put masks over their faces. Keep six feet away from people that they love, shut down their local business, put a mask on the face of their children for 10 hours a day while they're at school, even outdoors. I mean, fear is what's pushing people to do things that they would never normally dream of doing. And now there's a whole new kind of fear and it's the fear of being an expert, and then being targeted for not conforming to these draconian lockdowns for telling people about the risks of masking or being hesitant to subjecting themselves to a shot of Only God knows what will land these experts on a list of disruptors, the disinformation dozen purveyors of misinformation, there'll be recognized as the land's most dangerous people.

Stew Peters 1:03

Dr. Peter McCullough appeared on this program recently, and as a result of that appearance, he's being sued by Baylor Scott and White health system. He's being sued because on the screen down here, it said that Dr. Peter McCullough was the vice chair of medicine at Baylor that was on the screen while he warned Americans about the dangers associated with these inoculations being falsely referred to as vaccines. That was information that our producers pulled from a public set of results after searching for Dr. McCullough's History prior to his appearance on the show. That is what journalists do.

Stew Peters 1:37

Who is this guy? Why should he be listened to? Why should? Why should I listen to him while he's opining on this stuff? That is what we do. I went to introduce Dr. McCullough using that publicly available information and he corrected me he stopped me we had to start over. But the producers overlooked the screen. Now he's being sued.

Stew Peters 1:59

Dr. McCullough is an internist a cardiologist, epidemiologist and professor of medicine at Texas A&M College in Dallas, Texas. He maintains ABIM certification in internal medicine and cardiovascular diseases. He practices both internal medicine including the management of common infectious diseases, as well as the cardiovascular complications of both the viral infection itself and the injuries developing after the COVID-19 shot being falsely referred to as a vaccine.

Stew Peters 2:27

Since the outset of the plandemic, Dr. McCullough has been a leader in the medical response to the COVID-19 disaster, and has published pathophysiological basis and rationale for early outpatient treatment of SARS, COVI-2, COVID-19 infection. That was the first synthesis of sequenced multi drug treatment of ambulatory patients infected with SARS COVI-2 in the American Journal of Medicine and subsequently updated and reviews and cardiovascular medicine. He has 46 peer reviewed publications on the infection, and has commented extensively on the medical response to the crisis in the Hill and on the Fox News channel.

Stew Peters 3:07

Now, Dr. McCullough signed a Separation Agreement with Baylor around February 4, 2021. And he has abided by it and has never claimed any prior positions or employment with Baylor Scott and White Health System. We made an error and as a result of our error by using publicly discoverable information, he is being sued. He works in a private practice nonetheless, within the same Baylor University Medical Center, and he cares by the way for the same patients in the same hospital with full privileges, but that should not matter. Baylor Scott and White kept him up on their website until mid July creating a whole bunch of confusion with hundreds of media personnel, including me.

Stew Peters 3:50

They announced the lawsuit. The day they announced the ill advised COVID-19 mandatory vaccination program for their 40,000 employees, many of which whom do not want this shot. Now, before serving a legal complaint on Dr. McCullough, Baylor Scott and White released a memo to the press that they would be suing him. Why would they do that?

Stew Peters 4:16

Because it's nothing less than an attack on Dr. McCullough's character meant to discredit Dr. McCullough and save face for the globalists at Baylor and the people who fund them and nothing less. That is disgusting. Dr. McCullough's record and accomplishments speak for themselves. He's one of the only honest doctors with big enough balls to come forward with bravery and warn the public to stay out of the way of what appears to be one of the most deadly rollouts of a so called vaccine in world history.

Stew Peters 4:48

As one of America's leading physicians on the early treatment of COVID-19, his protocols and scientific works are relied upon to help millions around the globe. Along with half of Americans Dr. McCullough has appropriate concerns over COVID-19 shot safety and efficacy. Dr. McCullough is a prominent graduate of Baylor University, with an endowed scholarship in his name. He is commonly associated as a point of pride for Baylor. The Baylor Scott and White Health System Foundation has been appreciative of Dr. McCullough's generosity over the years as a major philanthropy donor to the system.

Stew Peters 5:28

And a current active member of medical staff for both Baylor University Medical Center and Baylor Heart and Vascular hospital with his office on campus, Dr. McCullough is associated on public internet platforms and groups with countless links and mentions to Baylor Scott and White Health System. We are real sorry for making that misappropriation and putting that little thing right here on the screen.

Stew Peters 5:50

As the national crisis has drawn on the world, Dr. McCullough has been heavily relied upon in the media for his scientific interpretation of the data and his accurate assessment of the situation. Dr. McCullough has not falsely represented himself as a spokesperson for Baylor Scott and White. Nor has he publicly claimed past senior leadership roles at any prior institution with more than 800,000 3rd party internet profiles, and 16 million hits in Google.

Stew Peters 6:20

Dr. McCullough's views have always been represented as his own and not those of any organization. Many fellow physicians, nursing staff, and most importantly, patients are outraged and rightfully so, over Baylor Scott and White's attempt to damage McCullough's reputation and censor his important views to America and the world. During this time of crisis, free speech and scientific discourse are the bedrock of progress in medicine. And Baylor Scott and White's ill advised lawsuit is an attack on civil liberties with serious implications on public health and policy far beyond the lawsuit.

Stew Peters 7:00

Now, if you feel like you'd like to send your opinion to those involved with this political targeting of Dr. McCullough, I am providing a list, a key email list of Baylor Scott and White leaders and their antagonistic external counsel at StewPeters.tv, go to StewPeters.tv right now and that email list is available. We'll be back right after this.

Unofficial Transcript by Monique Selby. Last accessed August 4, 2021

4840-0517-5284, v. 1

Forwarded message
From: **Peter A. McCullough** <peteramccullough@gmail.com>
Date: Wed, Jul 21, 2021 at 11:15 AM
Subject: Intro
To: <stupeters@protonmail.com>

Peter A. McCullough, MD, MPH, FACC, FACP, FAHA, FASN, FNKF, FNLA, FCRSA

Professor of Medicine, Texas A & M College of Medicine, Baylor Dallas Campus

President, Cardiorenal Society of America

Editor-in-Chief, *Cardiorenal Medicine*

Editor-in-Chief, *Reviews in Cardiovascular Medicine*

Senior Associate Editor, *American Journal of Cardiology*

Tagline:   https://americaoutloud.com/the-mccullough-report/

　　　Dr. McCullough is an internist, cardiologist, epidemiologist, and Professor of Medicine at Texas A & M College of Medicine, Dallas, TX USA.  He maintains ABIM certification in internal medicine and cardiovascular diseases.  He practices both internal medicine including the management of common infectious diseases as well as the cardiovascular complications of both the viral infection and the injuries developing after the COVID-19 vaccine.  Since the outset of the pandemic, Dr. McCullough has been a leader in the medical response to the COVID-19 disaster and has published "Pathophysiological Basis and Rationale for Early Outpatient Treatment of SARS-CoV-2 (COVID-19) Infection" the first synthesis of sequenced multidrug treatment of ambulatory patients infected with SARS-CoV-2 in the *American Journal of Medicine* and subsequently updated in *Reviews in Cardiovascular Medicine*.  He has 46 peer-reviewed publications on the infection and has commented extensively on the medical response to the COVID-19 crisis in *TheHill and on FOX NEWS Channel*.  On November 19, 2020, Dr. McCullough testified in the US Senate Committee on Homeland Security and Governmental Affairs and throughout 2021 in the Texas Senate Committee on Health and Human Services, Colorado General Assembly, and New Hampshire Senate concerning many aspects of the pandemic response.  Dr. McCullough has had one full-year of dedicated academic and clinical efforts in combating the SARS-CoV-2 virus and in doing so, has reviewed thousands of reports, participated in scientific congresses, group discussions, press releases, and has been considered among the world's experts on COVID-19.

--
Peter A. McCullough
PeterAMcCullough@gmail.com