IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE WADE, ET AL. | : | No. 3:21-cv-00924-JAM |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| BOARD OF TRUSTEES, et al., | : | |
| *Defendants*. | : | AUGUST 13, 2021 |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants hereby submit this notice regarding the United States Supreme Court's decision on August 12, 2021 to deny the plaintiffs' emergency application for a writ of injunction in *Klaassen v. Trustees of Indiana University,* No. 21A15. The application followed a Seventh Circuit's decision denying a motion for injunction pending appeal of a recent district court decision, 2021 U.S. App. LEXIS 22785, ____ F.4th _____, (7th Cir. 2021). In *Klaassen v. Trustees of Indiana University,* 2021 U.S. Dist. LEXIS 133300 (N.D. Ind. July 18, 2021), the district court denied student plaintiffs' request for preliminary injunction seeking to enjoin Indiana University's vaccine policy raising very similar arguments as raised by the plaintiffs in this matter. The defendants referred to the district court's decision several times in its opposition to the plaintiffs' motion for preliminary injunction (ECF 17). Further, the decision relies on *Jacobson v. Massachusetts*, 197 U.S. 11, 25 S. Ct. 358, 49 L. Ed. 643 (1905), a case that the defendants claimed forecloses the plaintiffs' substantive due process claim in this case.

Respectfully submitted,

DEFENDANTS,
UNIVERSITY OF CONNECTICUT
BOARD OF TRUSTEES,
ANDREW AGWUNOBI,
*In his official capacity*

WILLIAM TONG
ATTORNEY GENERAL

BY:  /s/ Mary K. Lenehan
Assistant Attorney General
Federal Bar No. ct15436
165 Capitol Avenue, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5210
Fax: (860) 808-5385
Email:  mary.lenehan@ct.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 13, 2021, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Mary K. Lenehan
      Mary K. Lenehan
      Assistant Attorney General