UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NICOLE WADE, AMY DISALVATORE,
and DYLAN BARKASY,
    *Plaintiffs,*

          v.                    Case No.: 3:21-cv-00924-JAM

UNIVERSITY OF CONNECTICUT BOARD
OF TRUSTEES and ANDREW AGWUNOBI,
    *Defendants.*

## JUDGMENT

This matter came on before the Honorable Jeffrey A. Meyer, United States District Judge as a result of the plaintiffs' amended motion for preliminary injunction (Doc. #21) and defendants' Motion to Dismiss (Doc. #16).

The Court has considered all papers filed in conjunction with said motion and on August 16, 2021 entered an order (Doc. #34) granting Defendants' motion to dismiss.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered in favor of defendants University of Connecticut Board of Trustees and Andrew Agwunobi and against plaintiffs Nicole Wade, Amy DiSalvatore and Dylan Barkasy, all in accordance with the Court's order and the case is closed.

Dated at New Haven, Connecticut this 16th day of August 2021.

                                                ROBIN D. TABORA, Clerk

EOD: <u>08/16/2021</u>                     By <u>/s/ Donna Barry</u>
                                                     Deputy Clerk